IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWQI AHMAD OMAR,<br>Camp Bucca,<br>Iraq;<br><br>SANDRA K. OMAR,<br>AHMED S. OMAR,<br>as Next Friends of<br>SHAWQI AHMAD OMAR<br><br>Petitioners,<br><br>v.<br><br>FRANCIS J. HARVEY,<br>Secretary of the United States Army<br>101 Army Pentagon<br>Room 3E-506<br>Washington, DC 20301-1000;<br><br>MAJOR GENERAL WILLIAM H.<br>BRANDENBURG,<br>COMMANDING OFFICER, DETAINEE<br>OPERATIONS, IRAQ;<br><br>LIEUTENANT COLONEL TIMOTHY<br>HOUSER,<br>CAMP BUCCA, IRAQ;<br><br>Respondents. | CIVIL ACTION NO. _____<br><br>PETITION FOR WRIT OF<br>HABEAS CORPUS |

## DECLARATION OF SANDRA K. OMAR

I, Sandra K. Omar, declare that the following statements are true to the best of my knowledge, information, and belief:



1. I am Shawqi Omar's wife. I am filing the appended habeas petition on Shawqi's behalf because I know this is what he wants me to do as he is unable to act.

2. I was born on February 20, 1962, in Mobridge, South Dakota. My family is from South Dakota, and my mother and all but one of my nine brothers and sisters still live there. I graduated from Martin Luther Preparatory High School in Prarie du Chien, Wisconsin. In 1983, I graduated from Pierre School of Practical Nursing in Pierre, South Dakota.

3. I met Shawqi in the fall of 1982 while I was in nursing school. We were married on March 5, 1983 in Mobridge, South Dakota. We had a Lutheran marriage ceremony. We lived in Pierre, South Dakota from March to August of 1983 and then moved to Brainerd, Minnesota, where we lived until July, 1984. While in Minnesota, Shawqi joined the Minnesota National Guard. We lived in Salt Lake City, Utah from September 1984 to April, 1989, when we moved to Raleigh, North Carolina, where we lived until June, 1995. When we lived in Utah and North Carolina, Shawqi worked repairing refrigerators.

4. Shawqi was born in Kuwait, and came to the United States on a student visa in 1979. His parents came to the United States following the first Gulf War and have lived in Raleigh, North Carolina ever since.

5. On November 17, 1986, Shawqi became a U.S. citizen. His passport number is #710391701. His social security number is #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. His certificate of naturalization number is #11958854.

6. Before we were married, Shawqi attended college at Chowan College in Murfreesborough, North Carolina, North Carolina State University in Raleigh, Utah State University in Logan, Utah, and Kansas State University in Wichita.

7. Our first son, Ahmed, was born in Brainerd, Minnesota, December 5, 1983. We have five other children: Sarah (born January 17, 1986 in Salt Lake City, Utah); Zana (born November 25, 1987 in Salt Lake City, Utah); Manal (born December 4, 1991 in Raleigh, North Carolina); Salahedin (born December 31, 1993 in Raleigh, North Carolina); and Abdullah (born July 4, 2001 in Amman, Jordan).

8. In June of 1995, we moved to Amman, Jordan because we wanted our children to learn Arabic and about Islamic and Middle Eastern culture. I have lived in the Middle East with my children ever since that time.

9. By 2004, Shawqi was living in Iraq, where he had a construction and trade business. He lived in Baghdad with our son Salahedin, who was ten years old at that time.

10. I last saw my husband Shawqi in May 2004. I was living in Bureimi, Oman, near Al-Ain, UAE. Shawqi, who was in Iraq at the time, visited us every few months. We had also been speaking regularly by telephone.

11. Late in 2004, I did not receive any telephone calls from Shawqi for several weeks. On November 10, 2004, I learned from family in Baghdad that Shawqi had been arrested at his home in Baghdad on October 29, 2004. I also learned that Salahedin, our son, was in the home at the time of his father's arrest. I later learned from the International Committee of the Red Cross ("ICRC") that Shawqi had been beaten during his arrest. I immediately contacted Shawqi's family in the United States, hoping that they

could get someone to help and contact the State Department. When they were unable to get any further information, I decided to contact the United States Embassy in Baghdad.

12. On November 24, 2004, I emailed the U.S. Consul in Baghdad, Iraq seeking information about my husband's whereabouts and the reasons for which he was being held. I received a response from Marie Damour of the U.S. Consul, which stated that she had filed a request for information with the "political-military section," and that she was also trying to arrange a consular visit with my husband.

13. On December 22, 2004, Ms. Damour informed me that Shawqi was being held "under U.S. military care, custody, and control," and that he had recently been seen by the ICRC.

14. On January 12, 2004, Ms. Damour informed me by email that she had received verbal agreement from the detaining military authority to visit my husband.

15. Three months later, however, Ms. Damour was still in the process of trying to secure permission from the U.S. military to see my husband. On April 4, 2005, she emailed me and stated that she had been denied permission to visit him. Describing her attempts to visit Shawqi, she said in her email that: "I am afraid that we have been stymied at every turn."

16. I have been told that Shawqi was held initially in Camp Cropper, which is close to Baghdad International Airport. I understand that Shawqi was later transferred to Camp Bucca, in the south of Iraq, near the port city of Umm Qasr. I also understand that his detainee number at Camp Bucca is 200165.

17. Since he was detained more than one year ago, I have received twelve letters from Shawqi. In addition, I also received three phone calls from Shawqi between

February and June 2005. I missed the first call because I was out of the house. Shawqi spoke to his aunt and asked about the health of his son. Shawqi made a second telephone call to me in April 2005. We spoke for about six minutes. He asked about his son and whether his son's passport had been returned. In the third call, Shawqi said that he had been beaten, and that I could take what I had learned about the assault on him when he was arrested and "multiply it by ten," and that "there had been pictures." He also said that he had been told that he might be transferred to the Iraqi authorities.

18. I last spoke with my husband on June 19, 2005. We were able to speak for a longer time—almost fifteen minutes—and he was also able to talk to our children. He said that he has been told he may be transferred to America or to the Iraqis.

19. Each time I spoke with my husband, he told me that he did not have a lawyer and that I should find a lawyer for him. He has asked me repeatedly what was being done on his case and whether I had found him a lawyer.

20. The last time I heard from Shawqi was by letter dated August 16, 2005. We used to hear from him every few weeks but since he has moved to Bucca, we have only received three letters. I have not heard from my husband by phone since he has been at Bucca.

21. I have been in touch with three people at the ICRC: Mulan Giovannini, the "tracing coordinator," Samuel Emonet, the individual who visited Shawqi at Cropper, and Gregor Muller, the individual who currently visits Shawqi in Bucca. I have been told by ICRC representatives that I am supposed to be allowed to visit Shawqi. They have sought written confirmation of this permission from the authorities at Camp Bucca before I were to travel to Iraq. I have not received such permission and

the ICRC has been unable to secure such written permission. Given that Ms. Damour, an employee of the U.S. government, was unable to secure permission to visit my husband, I am concerned that I will not be permitted to see him without written permission. I am aware that other family members tried to visit him in Camp Bucca and were told they could do so, but were turned away after driving 8 hours to the prison.

22. In February 2005, I gave the ICRC power of attorney to pick up my son Salahedin's passport, which had been seized. After much difficulty, I received the passport in May of this year. Salahedin was accompanied by an ICRC representative out of Iraq on May 12, 2005, and is now living with me.

23. On October 9, 2005, I met with ICRC representatives. They told that my husband had been on a hunger strike since his transfer from Camp Cropper to Camp Bucca. They also said that he was no longer on a hunger strike.

24. On October 27, 2005, Shawqi was transferred temporarily to Abu Ghraib prison near Baghdad, where he was visited by U.S. consular personnel. He was not given access to a lawyer. I was not informed in advance of the visit.

25. On November 1, 2005, I was informed by email by the U.S. Consul that "under Iraqi law, [Mr. Omar] has a right to legal counsel should he appear before an investigating judge on criminal charges." I believe this refers to a transfer to Iraqi custody.

26. I have been married to Shawqi for 22 years. Shawqi is my husband and the father of my six children. I am one of the handful of family members who Shawqi has contacted by letter. I am also the person who Shawqi chooses to call when he is able to make a telephone call.

27. In several letters to me, Shawqi has asked me and our son Ahmed to get a lawyer to represent him, and to vindicate his rights. For instance, in a March 18, 2005 letter, Shawqi told me that "all my wrights where [sic] denied." But because several lines above and below that statement were marked out, I do not know what rights he was referring to or in what manner they were denied, and I am concerned that he has been subject to physical or psychological abuse. Shawqi similarly told Ahmed that: "I been denied all wrights [sic] [redaction] and everything else [redaction]… [stricken text]."

28. Shawqi has made very plain his wish to bring a legal action to make sure that his rights are protected and to secure his release, and has asked me to do so since he cannot while he is being detained. He has said repeatedly in letters to me and to Ahmed that he wants a lawyer. In a March 18, 2005 letter, he complained that he had been requesting a lawyer "for the last 5 months, But nothing." He also said that his "only Demand is to see a Lawyer."

29. In addition, I am personally deeply concerned about Shawqi's well being. I am also deeply concerned with his health because I understand that he has been in solitary confinement for more than ten months. My husband has a hypertensive condition and has high blood pressure and was taking 30 milligrams of Procardia extended release each day. He has bad knees and needs to take pain reliever. Because of this condition, he must pray sitting down and cannot use the Arabic style of toilet. The last time I met with the ICRC, I asked them to make sure he was still taking the same medicine and to find out whether his blood pressure is stable since he has lost so much weight. I have been told by the ICRC that Shawqi's physical health has not declined, but that his mental health is at risk.

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: __11-8-05__ (date)

*Sandra K. Omar* (signature)

Sandra K. Omar