IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWQI AHMAD OMAR,<br>Camp Bucca,<br>Iraq;<br><br>SANDRA K. OMAR,<br>AHMED S. OMAR,<br>as Next Friends of<br>SHAWQI AHMAD OMAR<br><br>Petitioners,<br><br>v.<br><br>FRANCIS J. HARVEY,<br>Secretary of the United States Army<br>101 Army Pentagon<br>Room 3E-506<br>Washington, DC 20301-1000;<br><br>MAJOR GENERAL WILLIAM H.<br>BRANDENBURG,<br>COMMANDING OFFICER, DETAINEE<br>OPERATIONS, IRAQ;<br><br>LIEUTENANT COLONEL TIMOTHY<br>HOUSER,<br>CAMP BUCCA, IRAQ;<br><br>Respondents. | CIVIL ACTION NO. _____<br><br>PETITION FOR WRIT OF<br>HABEAS CORPUS |

### DECLARATION OF AHMED OMAR

I, Ahmed Omar, declare that the following statements are true to the best of my knowledge, information, and belief:



EXHIBIT 2

2. I was born in Brainerd, Minnesota on December 5, 1983, to Shawqi and Sandra Omar. I have two full brothers and three full sisters. I was born, and remain to this day, a United States citizen.

3. During the time I was growing up, my family lived in South Dakota, Utah, and North Carolina. In 1995, we moved to Amman, Jordan, where I attended middle school. I returned to the United States with my father in the summer of 2001 to do my final year of high school in the United States. I graduated from high school in 2002.

4. I returned to Amman, Jordan, and, on July 4, 2002, married Omainah Alotaibi. We now have two children, Abdullah and Hajar.

5. In November 2004, I moved back to the United States. I had been planning to come back to the States for some time, and had previously, in August 2004, filed a request for a United States visa for my wife. My uncle, aunt, and grandparents lived in North Carolina, so I moved there. My wife and children followed in March 2005.

6. I got a part-time job at Toys-R-Us for the 2004 Christmas season. In January, 2005, I found a new job with Budget Rent-a-Car.

7. The last time I spoke to my father on the phone was in October 2004. He was in Baghdad at that point. We spoke about his business office in El Ain.

8. We did not learn that my father was being detained by the United States until two weeks after he was arrested. We still have not been told why my father has been detained and do not know any reason for his detention.

9. I have received four or five letters from my father. In these letters, my father has told me that he is being kept in solitary confinement. He believes he is being

detained unlawfully. He has asked his captors for a lawyer, but those requests have been denied. He has asked me to obtain counsel to represent him and to vindicate his right against his unlawful detention. He has made very plain his wish to sue to make sure that his rights are honored, and has asked me to do so since he cannot while he is being detained.

10. I am deeply concerned about my father's well being. I am also deeply concerned with his health because I understand that he has been in solitary confinement for more than ten months. Among other ailments, my father has a hypertensive condition and has high blood pressure.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:

November , 12 , 2004

_____

Ahmed Omar

*Ahmed S. Omar*

3