The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

Le Secrétaire d'État des États-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des États-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR
NOT VALID UNTIL SIGNED



PASSPORT / PASSEPORT / PASAPORTE USA
UNITED STATES OF AMERICA
Type / Type / Tipo: P
Code / Code / Código: USA
Passport No. / No. du Passeport / No. de Pasaporte: 710391701
Surname / Nom / Apellidos: OMAR
Given names / Prénoms / Nombres: SHAWKI AHMAD
Nationality / Nationalité / Nacionalidad: UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento: 17 Dec 1961
Sex / Sexe / Sexo: M
Place of birth / Lieu de naissance / Lugar de nacimiento: KUWAIT
Date of issue / Date de délivrance / Fecha de expedición: 30 Mar 2004
Authority / Autorité / Autoridad: U.S. Embassy Abu Dhabi
Date of expiration / Date d'expiration / Fecha de caducidad: 29 Mar 2014
Amendments / Modifications / Enmiendas: See Page 48

P<USAOMAR<<SHAWKI<AHMAD<<<<<<<<<<<<<<<<<<<<<
7103917011USA6112170M1403295<<<<<<<<<<<<<<08

**EXHIBIT 3**



EXHIBIT 4



## TO WHOM IT MAY CONCERN

The International Committee of the Red Cross (ICRC) hereby certifies that according to its records,

Mr. SHAWQI AHMAD OMAR
Mother's Name: ZEINAB
ICRC No: IQZ-013050
Date of birth: 1961
Nationality: AMERICAN

was arrested in Iraq by the Coalition Forces on 29 October 2004. The above mentioned person was visited and registered by ICRC delegates on 08 December 2004.

The ICRC visited the above mentioned person during its last visit to Cropper Detention Facility on 11 May 2005.

Amman, 19 May 2005



إلى من يهمه الأمر

تشهد اللجنة الدولية للصليب الأحمر بالاستناد إلى ملفاتها أن المذكور أدناه،

السيد شرقي احمد عمر

اسم الأم: زينب

رقم الصليب الأحمر: IQZ-013050

تاريخ الميلاد: 1961

الجنسية: امريكي

أعتقل من قبل قوات التحالف في العراق بتاريخ 2004/10/29. حيث تمت زيارة و تسجيل الشخص المذكور أعلاه من قبل مندوبي اللجنة الدولية للصليب الأحمر بتاريخ 2004/12/08.

وقد تمت زيارة الشخص المذكور أعلاه من قبل اللجنة الدولية للصليب الاحمر خلال اخر زيارة لها لمعتقل كروبر بتاريخ 2005/05/11.

عمان، 2005/05/19

N.B. In case of discrepancy, the English text is the original.

هام: بعد النص الأنكيزي النص الأصلي في حالة وجود اختلاف.

اللجنة الدولية للصليب الأحمر
The International Committee of the Red Cross, Al-Alwiyah P.O.BOX 3317, Baghdad-Iraq
Iraqna: 009047901922460    Inmarsat: 00873763712268    Thuraya: 008821651109888
E-mail: iraq.iqs@icrc.org

EXHIBIT 5

Assalam Alyakum

FAMILY NEWS ONLY

أخبار عائلية فقط

Ahmad how is every thing with you and every one else, how is your scado and sifa give them my salam and kiss their hand from my and ask them to make Daïa for me and every one else over here, I didn get any letters from Sara since I been here she can write it + Email it to the redcross, I need to know how is every one, every one can write one letter a week everyone, I am o~~f~~ Ahmdolillah, But still in Sudatry, I need you like I told before to sue everyone and to contact every newspaper in all the mayjer citys by Email and tell them about my treatment ██████, I forgot to tell you ██MUSA for the new girl (HATISE) um IASEM told me w I called her few days ago, tryed to s your mother but no one answers the phone, he read that they moved to Jordan, I need th number take care of your self and give m salam to all your uncs and Aunts and not forget about um JASEM, MY Salam with my Parents, I LoVE you all Assalam alaykum

Date 04/29/05   التاريخ   Signature S. Omn   توقيع

The addressee is my ___Son___   صلة قرابة للمرسل اليه

EXHIBIT 6

غير

FAMILY NEWS ONLY

اخبار عائلية فقط

Assalam Alaykum
Ahmed how are you and every one else
my salam to every one, did contact some
of the Organizations I told and congress
I have to have a Lawyer ASAP I requested
one the first min I was arrested and as
of this day No Lawyer, Ahmed the last
time I checked my Passport I though I was
an American Citizen I guess not, I been
denied all my rights.
                        and every thing else

                    , they make me use Arabi
toilet ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I been
in a hunger strike since the 5th of Feb
and no food But liquids and on the
of march I'm on a full strike No food/water
Medice. Until I see a Lawyer, my health i
not that Good and I already lost 60 lb., I Love
You all, and You need to sue every one I to
if you are getting my letters, my salam to my
                                Love you all

Date 18 /03 /05   التاريخ   Signature _____   التوقيع

The addressee is my  Son   صلة قرابة المرسل اليه

EXHIBIT 7

Assalam Alaykum

FAMILY NEWS ONLY

اخبار عائلية فقط

Ahmad how are you and every one in the States and in UAE Inshaallah every one is doing ok, how is Eum Assaem and Salheldeen are they ok I only resived one letter and it was from your mother, me I am doing still in Salatmy and I lost over 65 lb., Ahmad like I tuld in my last letter you need to find a lawyer for me for Jordan, also you need to find a lawye to take my case in the States, I still did not see a lawyer over here, also the Embassy did not send any one, the law in the States need to Sue the (1) Justic Department for

and Qustting me for 8 days with no lawyer when I askes them to get me a lawyer from the first and for holding Salah Passport for 4½ mo. (2) the Defence Department for being Par (3) the Stat Department for not coming and see me and not getting Salah Passport, find a good Law

Date 03/11/05   التاريخ   Signature S. Omar   التوقيع

The addressee is my ......Sun...... صلة قرابة المرسل اليه

every one knew I was an American Citize

EXHIBIT 8
Blumberg No. 5192

FAMILY NEWS ONLY

أخبـار عائـليـة فقـط

ASSALM ALAYKUM

Ahmed how is every thing with you and every one, How is your mother tell her to make alot of Duai for me, how is wisal tell her to, how is all your brothers and sisters are they ok give them my love all of them and a Big hug and kiss from their father how is Salahaldean and nameean are they ok. I have not resived any thing from any body, not even the red cross is been more than 2 months sence I saw them, any way I am ok I still in saletery and like I said in Past letters I spend most of my day reading Quran, Alhamdo llah, give your Salam to every one and my parents and uncles and Aunts, and Inshaiallah I will see you all soon. Let here from you soon if you can and contect the Sants, Redcross, and every one else, see if any one willing to be my lawyer in here    Salam

Date 02/11/05    Signature: Omer    التوقيع

The addressee is my    Son    صلة قرابة المرسل اليه

Blumberg No. 5192    EXHIBIT 9

Latest letters from Shawki:

- ❖ This letter is dated: May.20th.2005

  Assalamu alaykum, Dear Um Ahmed, Insha'allah all of you are OK, how is Um AbdurRahman? The girls and the boys? I am OK alhamdulillah, Is Salahedin in Jordan? I want you to make sure he has good friends, also the little kids need to be watched all the time, give all my love to the girls Sarah, Zana, Manal, and Zeinab, and the babies Abdullah (boodie), Maria, and Hajar, I love you all so much, Um Ahmed and Um AbdurRahman I only got from all of you 11 letters, 4 Um Ahmed, 3 Um AbdurRahman, 1 Um Asim, 2 Zana, 1 Manal, why? I got 3 wives, 3 daughters, 2 boys old enough to write, I need to get 8 letters every week from all of you, Ahmed and Sarah, get the inform. from them, then copy it and send it, I need to know everything about all of you and also about my case outside, Um Ahmed I want you to contact the major newspapers in the states (N.Y, Washington D.C) and tell them what happened to me what Nirmeen told you X by 100 times because that's what happened to me, I did not do anything wrong, Love you all, Asslamu alaykum.

EXHIBIT 10 — Blumberg No. 5192

بسم الله الرحمن
السلام علي

FAMILY NEWS ONLY

اخبار عائلية فقط

Dear Aum Ahmad how are you and everyone else, is everything is ok with everyone, I am still in the same place and as of this day I didn't see any Lawyer or any one from the Embassy, I am ok I lost 35 lb my health is good Alhamdolilah Namean told me when I called her, that everyone moved to Jordan, I tryed to call you guys in UAE but no one answer the Phone and Namean did not have your Phone in Jordan, always give her 2 number like Kaltu Amena how is my Parents, my unik Abu Slaneh and Kaltu Amena and Batuma my Salam to everyone, why untill now no one Contated the Media and the news papers with what happened to me, I am sure Namean told you what happend multibly by ten, like I told you I am ok and Inshaalleh I will see you all soon, I Love you all my Salam and hugges to all the kids is Salahaldean in Jordan yet, Assalam Alykm

Date 05/06/05    Signature Omar

The addressee is my Wife

EXHIBIT 11
Blumberg No. 5192

بسم الله الرحمن الرحيم
السلام عليكم

FAMILY NEWS ONLY
أخبار عائلية فقط

how is every thing with every one how are you um Ahmad and um Abdrhman and All the Boys and the Girls, Inshaallah every one is doing good, I am ok alhandollah, I still need a lawyer for my case in the USA, I have not seen any lawyer yet or any one from the embassy, how is Ahmad and Mohammed and Sach and Omayra and all the Grandkids (Setoo) I am sory I missed you on my last phone call, But they said I will get another call in the next 2 day Inshaallah, I told you many times you need to sue the State department for holding Salahelldeen Passport for 6 month, also Sue the Defence Dep ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ also the State department for not checking on me when they know that I was ▬▬▬▬ jailed over here, don't forget about the Books noman can mail them with the Red cross, my salam to every one and Inshaallah I will see you all soon
Assalam alaykum

Date 04/28/05   التاريخ   Signature ▬▬▬  التوقيع

The addressee is my   Wife   صلة قرابة المرسل اليه

**FAMILY NEWS ONLY**

أخبار عائلية فقط

Today 25816

31815

I was arrested

Assalam Aleykum

How are you and wes-Land Zara Manal, and the Boys, my salam to everyone I Love you all, I need you to contact Bassem and tell him to contact some a Lawyer I been Requesting one for the last 5 months But nothing, I been on a hunger Strike since the 5th of Feb 2005, I only was texting liquied and on the 17th off march 2005 I started a full Strike where I will not take any thing no Food no liquied no medican, No IV, they stock me with 13 Bottles of IV But no more, my only Demand is to see a lawyer ████████████████ ████████████████████████ and all my wrights where Denied ████████████████████████ ████████████████████████

Date 18/03/05  Signature I Love you All

The addressee is my  Wife

ALL HAMDO LLAH
EXHIBIT 13  Blumberg No. 5192

❖ This letter is dated: Jul.22nd.2005

Assalamu alaykum, How are you Um Ahmed? How are the kids? How is Um AburRahman and Um Asim? I am –its blacked out here but you can see whats written: "in solitary"- in Bucca my health is not good but alhamdullilah I am fine, I will write to you later insha'allah give my salam to everyone and I will write soon insha'allah, I love you all and Insha'allah I will see you soon. Assalamu alaykum.

EXHIBIT 14
Blumberg No. 5192

FAMILY NEWS ONLY

اخبار عائلية فقط

ASSALAM ALAYKUM
Ahmad how is everything with every one, I still did not her from any one, no lawyer, no phone calls still in solatary over here in Baghdad, how is your mother and wssal and yasmean and all your brothers and sisters Inshaiallah everything is ok with every one I still did not recive any letters from any one, how is my mother and father are they ok, how is your uncles and unts did they do what I told them to call ther Congressrkias and see if they can do anything, finally they got me a Quran with Big letters where I can read it alhamdollah, I still do not have any under close, they say they can't find my size, any day, give my love to every one, every one,   ASSALAM ALAYKUM

Date 01/06/05   التاريخ   Signature _____ التوقيع

The addressee is my   Son   صلة قرابة المرسل اليه

EXHIBIT 15
Blumberg No. 5192