## OMAR EXHIBIT LIST

| **Exhibit Number** | **Description of Exhibit** |
|---|---|
| 1 | Declaration of Sandra K. Omar |
| 2 | Declaration of Ahmed S. Omar |
| 3 | Copy of Shawqi Omar's passport |
| 4 | Copy of Shawqi Omar's naturalization certificate (No. 11958854) |
| 5 | Letter dated May 19, 2005 from Amman International Committee if the Red Cross (ICRC) |
| 6 | Letter dated April 19, 2005 from Shawqi Omar to Ahmed Omar |
| 7 | Letter dated March 18, 2005 from Shawqi Omar to Ahmed Omar |
| 8 | Letter dated March 11, 2005 from Shawqi Omar to Ahmed Omar |
| 9 | Letter dated February 11, 2005 from Shawqi Omar to Ahmed Omar |
| 10 | True transcript of letter dated May 20, 2005 from Shawqi Omar to Sandra Omar |
| 11 | Letter dated May 6, 2005 from Shawqi Omar to Sandra Omar |
| 12 | Letter dated April 22, 2005 from Shawqi Omar to Sandra Omar |
| 13 | Letter dated March 18, 2005 from Shawqi Omar to Sandra Omar |
| 14 | True transcript of letter dated July 22, 2005 from Shawqi Omar to Sandra Omar |
| 15 | Letter dated January 6, 2005 from Shawqi Omar to Ahmed Omar |