IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA OMAR, *et. al.*,<br>Petitioners,<br><br>v.<br><br>FRANCIS J. HARVEY, *et. al.*,<br>Respondents. | CIVIL ACTION NO. _____ |

ORDER TO SHOW CAUSE WHY
WRIT OF HABEAS CORPUS SHOULD NOT ISSUE

**IT IS HEREBY ORDERED THAT**, pursuant to 28 U.S.C. § 2243, Respondents shall show cause within three (3) days of the date of this Order, why a writ of habeas corpus releasing Shawqi Omar from custody should not issue.

**IT IS FURTHER ORDERED THAT** Respondents shall appear in this Court on _____, 2005, at _____ to show cause why a writ of habeas corpus should not issue.

_____
United States District Judge

Date: _____