## CERTIFICATE OF SERVICE

I, Heather L. Allred, hereby certify that on December 12, 2005, I caused to be served a true and correct copy of the forgoing Petition for Writ of Habeas Corpus on each of the Respondents By Registered Mail, Return Receipt Requested:

Kenneth L. Wainstein, Esq.
United States Attorney
District of Columbia District
Judiciary Center
555 4th Street, N.W.
Washington, DC 20530

Alberto R. Gonzales, Esq.
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street and Constitution Avenue, N.W.
Room 5111
Washington, D.C. 20530

Heather L. Allred
BURKE PYLE LLC
3527 Lancaster Avenue
Philadelphia, PA 19104
Telephone:  (215) 387-4705
Facsimile:   (215) 387-4713