IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA K. OMAR, *et. al.*, | ) <br> ) <br> ) |
| Petitioners, | ) <br> ) |
| v. | ) <br> ) |
| FRANCIS J. HARVEY, *et. al.*, | ) <br> ) |
| Respondents. | ) <br> ) |

CIVIL ACTION NO. 05-2374 (RMU)

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITIONERS' MOTION FOR IMMEDIATE ISSUANCE OF AN ORDER TO SHOW CAUSE

Petitioner Shawqi Omar, and Next Friends as co-Petitioners, Sandra K. Omar and Ahmed S. Omar, rely on the following points and authorities in support of their motion pursuant to 28 U.S.C. § 2243. Petitioners request an Order to Show Cause, returnable within three days, so that, after over a year of imprisonment, Mr. Omar can finally be given the elementary process to which he is entitled as a United States citizen.

### STATEMENT OF FACTS

Petitioner Shawqi Omar ("Mr. Omar" or "Shawqi") is a United States citizen who has been imprisoned by the United States military in Iraq for over a year. *See Petition for Writ of Habeas Corpus ("Petition"), at ¶¶ 12, 17, 19*. Throughout his imprisonment, he has maintained his innocence and repeatedly requested legal counsel, but Respondents continue to detain Mr. Omar without charge, warrant, accusation, or access to counsel. *Id. at ¶¶ 29-31; 20, 27.*

On December 12, 2005, Mr. Omar's wife, Sandra Omar, and oldest son, Ahmed Omar, filed a habeas corpus petition on his behalf to vindicate his rights under the Constitution and laws of the United States and to seek his immediate release. On the same date, the petition was served

on the Attorney General of the United States and the United States Attorney for the District of Columbia.  *See Certificate of Service attached to Petition.*  To date, Respondents have failed to respond to the habeas corpus petition and to provide any basis for Mr. Omar's continued detention.

## ARGUMENT

The federal habeas statute provides that "[a] court, justice or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted."  28 U.S.C. § 2243.  It further requires that the order to show cause "shall be returned within three days, unless for good cause additional time, not exceeding twenty days, is allowed."  *Id.*  Under Section 2243, the "person to whom the writ or order is directed shall make a return certifying the true cause of the detention unless it appears from the application that the applicant or person detained is not entitled hereto."

Mr. Omar, a United States citizen held in U.S. custody, is unquestionably entitled to challenge his detention under 28 U.S.C. § 2241.  *See Hamdi v. Rumsfeld*, 542 U.S. 507 (2004); *Rasul v. Bush*, 542 U.S. 466 (2004).   Petitioners, therefore, seek to enforce Mr. Omar's right to a judicial determination that his detention is unlawful.  Accordingly, Petitioners request that this Court forthwith issue an order directing Respondents to show cause why a writ of habeas corpus should not be granted, returnable in three days.

Dated: January 19th, 2006

Respectfully submitted,

*[signature: Susan L. Burke]*

Susan L. Burke (D.C. Bar # 414939)
Heather L. Allred
BURKE PYLE LLC
3527 Lancaster Avenue
Philadelphia, PA 19104
Telephone: (215) 387-4705
Facsimile: (215) 387-4713

Joseph Margulies
MACARTHUR JUSTICE CENTER,
UNIVERSITY OF CHICAGO LAW SCHOOL
1111 East 60th Street
Chicago, IL 60637
Telephone: (773) 702-9560
Facsimile: (773) 702-0771

Aziz Z. Huq
Jonathan Hafetz
BRENNAN CENTER FOR JUSTICE, NEW YORK UNIVERSITY LAW SCHOOL
161 Avenue of the Americas
12th Floor
New York, NY 10013
Telephone: (212) 998-6730
Facsimile: (212) 995-4550

*Counsel for Petitioners*