IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANDRA OMAR,** *et. al.*, ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> **FRANCIS J. HARVEY,** *et. al.*, ) <br> Respondents. ) <br> ) | **CIVIL ACTION NO. 05-2374 (RMU)** |

**[PROPOSED] ORDER TO SHOW CAUSE WHY
WRIT OF HABEAS CORPUS SHOULD NOT ISSUE**

**IT IS HEREBY ORDERED THAT**, pursuant to 28 U.S.C. § 2243, Respondents shall show cause within three (3) days of the date of this Order, why a writ of habeas corpus releasing Shawqi Omar from custody should not issue.

**IT IS FURTHER ORDERED THAT** Respondents shall appear in this Court on _____, 2006, at _____ to show cause why a writ of habeas corpus should not issue.

_____
United States District Judge

Date: _____