## CERTIFICATE OF SERVICE

I, Heather L. Allred, hereby certify that on January 19, 2006, I caused to be served a true and correct copy of the forgoing Motion for Order to Show Cause, Memorandum of Points and Authorities in support of same, and proposed order, on each of the Respondents By Registered Mail, Return Receipt Requested:

>Kenneth L. Wainstein, Esq.
>United States Attorney
>District of Columbia District
>Judiciary Center
>555 4th Street, N.W.
>Washington, DC 20530

>Alberto R. Gonzales, Esq.
>Attorney General of the United States
>U.S. Department of Justice
>Robert F. Kennedy Building
>Tenth Street and Constitution Avenue, N.W.
>Room 5111
>Washington, D.C. 20530

*/s/ Heather L. Allred*
Heather L. Allred