IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANDRA K. OMAR,** *et. al.*,   )<br>  )<br>    Petitioners,   )<br>  )<br>v.   )<br>  )<br>**FRANCIS J. HARVEY,** *et. al.*,   )<br>  )<br>    Respondents.   )<br>  ) | **CIVIL ACTION NO. 05-2374 (RMU)** |

## MOTION FOR IMMEDIATE ISSUANCE OF AN ORDER TO SHOW CAUSE

Petitioner Shawqi Omar, together with Next Friends as co-Petitioners, Sandra K. Omar and Ahmed S. Omar, by and through undersigned counsel, respectfully submit this motion pursuant to 28 U.S. § 2243 requesting that the Court issue forthwith an order directing Respondents to show cause why a writ of habeas corpus should not be granted, returnable in three days. The grounds for said motion are contained in the memorandum of points and authorities that accompany this motion.

Dated: January 19, 2006

Respectfully submitted,

*Susan L. Burke*

Susan L. Burke (D.C. Bar # 414939)
Heather L. Allred
BURKE PYLE LLC
3527 Lancaster Avenue
Philadelphia, PA 19104
Telephone:   (215) 387-4705
Facsimile:   (215) 387-4713

Joseph Margulies
MACARTHUR JUSTICE CENTER,
UNIVERSITY OF CHICAGO LAW SCHOOL
1111 East 60th Street
Chicago, IL  60637
Telephone:   (773) 702-9560
Facsimile:   (773) 702-0771

Aziz Z. Huq
Jonathan Hafetz
BRENNAN CENTER FOR JUSTICE AT NEW YORK UNIVERSITY SCHOOL OF LAW
161 Avenue of the Americas
12th Floor
New York, NY  10013
Telephone:   (212) 998-6730
Facsimile:   (212) 995-4550

*Counsel for Petitioners*