# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| SANDRA K. OMAR *et al.*, | : | | |
| Petitioners, | : | Civil Action No.: | 05-2347 (RMU) |
| v. | : | Document No.: | 3 |
| FRANCIS J. HARVEY *et al.*, | : | | |
| Respondents. | : | | |

## ORDER

Before the court is the petitioners' motion for a writ of habeas corpus and an order to show cause why the writ should not issue. "A court, justice or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. Accordingly, it is this 20th day of January, 2006,

**ORDERED** that the respondents shall show cause by Friday, January 27, 2006, why the writ should not be granted.

**SO ORDERED**.

                                                                RICARDO M. URBINA
                                                                United States District Judge