IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SANDRA K. OMAR, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-2374 (RMU) |
| FRANCIS J. HARVEY, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

## (PROPOSED) ORDER GRANTING EXTENSION OF TIME

The Court having considered respondents' motion for an extension of time, and good cause having been shown, respondents' motion is hereby

GRANTED, and it is

ORDERED that respondents shall show cause by Thursday, February 9, 2006, why petitioners' application for a writ of habeas corpus should not be granted.

IT IS SO ORDERED.

_____     _____
Date                                                                  RICARDO M. URBINA
                                                                              United States District Judge