

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA K. OMAR, *et. al.*,<br>Petitioners,<br><br>v.<br><br>FRANCIS J. HARVEY, *et. al.*,<br>Respondents. | CIVIL ACTION NO. 05-2374 (RMU) |

### DECLARATION OF SUSAN L. BURKE

I declare under penalty of perjury that the following is true and correct:

1. My name is Susan L. Burke and I am the attorney of record for Petitioners Sandra K. Omar and Ahmed Omar.

2. I learned via electronic communications from Sandra Omar that her husband Shawqi Omar had been transferred from Camp Bucca to Abu Ghraib prison on or around January 24, 2006. I learned that the purpose of the transfer was to subject Shawqi to some type of court proceedings on or about February 3, 2006. I further learned from Sandra that shortly after his transfer, Shawqi was permitted to see a family member for the first time. After learning this information, I immediately contacted the government attorney and the International Committee for the Red Cross ("ICRC"). *See Exhibit 1, copies of letters sent to the Department of Justice and the ICRC.*

3. I learned from contacts in Iraq that there are videolink facilities within Abu Ghraib Prison.

4. On February 2, 2006, I learned via email from government attorney Edward H. White, that:

Mr. Omar is currently in the custody of Multinational Force-Iraq, and a determination was previously made to refer his case to the Central Criminal Court of Iraq (CCCI). We are informed that no hearing in his case is scheduled for Friday, February 3, 2006. We understand that when Mr. Omar appears for any hearing in the CCCI, he is afforded counsel (either retained by him/his family, or appointed by the Court). If Mr. Omar decides to use retained local counsel rather than Court-appointed counsel, we are informed that he/his family can provide to the CCCI the contact information for his retained local counsel before the hearing begins and that Court personnel will notify the retained local counsel at that time. Please be advised that, whenever scheduled, we would not be able to disclose to you the date of any hearing for security reasons (including the safety of Mr. Omar).

*See Exhibit 2, copy of email from Edward H. White to Susan L. Burke.*

Executed on: 2-2-06

Susan L. Burke