EXHIBIT
1
1:05 – CV – 02374 – RMU



# Burke Pyle LLC

3527 lancaster avenue     philadelphia, pa 19104     tel: 215.387.4705     fax: 215.387.4713

January 31, 2006

**By facsimile, email and regular mail**

Delegation of the International Committee of the Red Cross
P.O. Box 3317
Al Alwiyah post office
BAGHDAD

    *Re: U.S. Detainee Shawqi Ahmad Omar, Detainee No. 200165*

To Whom It May Concern:

    We write as counsel for Shawqi Omar, a United States citizen detained by American forces with detainee number 200165. We have learned from Mr. Omar's wife that Mr. Omar is being given a "hearing" at Abu Ghraib prison on *February 3, 2006* after more than one year of captivity in Iraq. As counsel, we have sought access to this proceeding, but are deeply concerned the hearing will be held without Mr. Omar's interests being fairly represented and without independent supervision.

    We urge you to ensure an ICRC presence at the February 3 proceeding to ensure Mr. Omar's rights under the Geneva Conventions and relevant international human rights norms are respected. We understand that Greg Mueller in your office has been assigned to his case.

    United States military forces detained Mr. Omar in Baghdad on October 24, 2004. We do not know whether he received an Article V hearing. Since his arrest, Mr. Omar has been held in various military detention facilities, including Camp Bucca and Abu Ghraib. We understand from his relatives in Baghdad he was physically beaten during his arrest.

    It is vital that Mr. Omar is allowed to be present and to participate meaningfully in any hearing held to determine the lawfulness of his detention. To that end, he must have the rights to be heard, to confront fully evidence laid against, to call witnesses, and to have the assistance of counsel. It is essential that any decision be made in writing, and

that both Mr. Omar and we, his counsel, be given copies. We urge you to impress on the American authorities that these rights are of vital importance.

Mr. Omar has been detained for more than a year. His family still has not received official word of the cause of the detention. To our knowledge, Mr. Omar has had no opportunity to respond to the detention. We believe he should be released as quickly as possible.

Please contact me at sburke@burkepyle.com or + 1 215 387 4709, or Aziz Huq at aziz.huq@nyu.edu or +1 212 992 8632, if you need more information.

Sincerely,

Susan L. Burke

cc:   Edward H. White, Esq.
      U.S. Department of Justice



3527 lancaster avenue       philadelphia, pa 19104       tel: 215.387.4705       fax: 215.387.4713

January 31, 2006

**By facsimile, email and regular mail**

Edward H. White, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6110
Washington, DC 20530

    Re: *Omar v. Harvey*, 05-2374

Dear Ned:

    As you know, we represent Petitioner Shawqi Omar in the above action challenging his prolonged military detention in Iraq. We have just learned that Mr. Omar is scheduled for some kind of proceeding at the Abu Ghraib prison in Iraq on February 3, 2006 – after more than one year of captivity and less than a week before the Government's response to Mr. Omar's habeas petition is due. We write to demand that we be permitted to attend and to participate in this proceeding, and that we be provided with a writing that sets forth any charges against Mr. Omar. Our representative in Baghdad will be able to attend the proceeding.

    It is vital that Mr. Omar be present and be accorded a full opportunity to participate meaningfully in any hearing held to determine the lawfulness of his detention. To that end, he must have the opportunity to be heard, to confront fully any evidence against him, to call witnesses, and to the assistance of counsel. It is also essential that any decision be made in writing, and that copies are provided promptly to Mr. Omar and undersigned counsel. As we indicated in the habeas petition, we do not believe that any proceeding short of an Article III criminal proceeding justifies continued detention,

Edward H. White
January 31, 2006
Page 2

      Please notify us immediately with details of who should be contacted to arrange for our attendance at the February 3, 2006, proceeding.

                               Sincerely,

                               Susan L. Burke



3527 lancaster avenue     philadelphia, pa 19104     tel: 215.387.4705     fax: 215.387.4713

February 1, 2006

**By facsimile, email and regular mail**

Dr. Zalmay Khalilzad, Ambassador
Embassy of the United States
APO AE 09316
Baghdad, Iraq

    Re:    *U.S. Prisoner Shawqi Ahmad Omar, Detainee No. 200165*
            *Omar v. Harvey, 05-2374*

Dear Ambassador Khalilzad:

    I am part of a legal team representing Mr. Shawqi Omar, a United States citizen who has been imprisoned by United States military forces in Iraq since October 29, 2004. After being retained by Mr. Omar's wife and oldest son, we filed a petition for writ of habeas corpus on Mr. Omar's behalf in the United States District Court for the District of Columbia on December 12, 2005, asking for his immediate release. That Court has ordered the United States to explain why the petition should not be granted. The United States' response is due on February 9, 2006.

    Yesterday, we learned that Mr. Omar will be subject to an unknown type of hearing at Abu Ghraib on Friday, February 3, 2006. Mr. Omar has been imprisoned without charge for over a year, but we understand that he may have recently been or may very soon be formally charged. We have not yet received any copy of any charges against him.

    We are asking for your immediate assistance in securing the right to counsel for this American citizen at what appears to be a crucial proceeding. We understand Abu Ghraib has videolink facilities, so it should not be a problem for us to participate in the proceeding from the United States. In addition, we would like to send our full-time employee in Baghdad to Abu

Dr. Zalmay Khalilzad, Ambassador
February 1, 2006
Page 2

Ghraib to be physically present during the proceeding to provide additional support for Mr. Omar. Although he is not an attorney, he is our agent and representative and is best able to further our representation of Mr. Omar.

We very much appreciate any assistance you are able to provide. If you learn any information, please contact me at the above numbers or at sburke@burkepyle.com.

Sincerely,

Susan L. Burke

cc via email:   Edward H. White, Esq., U.S. Department of Justice
Greg Mueller, International Committee of the Red Cross



3527 lancaster avenue     philadelphia, pa 19104     tel: 215.387.4705     fax: 215.387.4713

February 1, 2006

**By facsimile, email and regular mail**

Richard C. Hermann, U.S. Consul General
Embassy of the United States
APO AE 09316
Baghdad, Iraq

    Re:    *U.S. Prisoner Shawqi Ahmad Omar, Detainee No. 200165*
             *Omar v. Harvey, 05-2374*

Dear Mr. Hermann:

    I am part of a legal team representing Mr. Shawqi Omar, a United States citizen who has been imprisoned by United States military forces in Iraq since October 29, 2004. After being retained by Mr. Omar's wife and oldest son, we filed a petition for writ of habeas corpus on Mr. Omar's behalf in the United States District Court for the District of Columbia on December 12, 2005, asking for his immediate release. That Court has ordered the United States to explain why the petition should not be granted. The United States' response is due on February 9, 2006.

    Yesterday, we learned that Mr. Omar will be subject to an unknown type of hearing at Abu Ghraib on Friday, February 3, 2006. Mr. Omar has been imprisoned without charge for over a year, but we understand that he may have recently been or very soon about to be formally charged. We have not yet received any copy of any charges against him.

    We are asking for your immediate assistance in securing protection of the right to counsel for this American citizen at what appears to be a crucial proceeding. We understand Abu Ghraib has videolink facilities, so it should not be a problem for us to participate in the proceeding from the United States. In addition, we would like to send our full-time employee in Baghdad to Abu

Richard C. Hermann, U.S. Consul General
February 1, 2006
Page 2

Ghraib to be physically present during the proceeding to provide additional support for Mr. Omar. Although he is not an attorney, he is our agent and representative and is best able to further our representation of Mr. Omar.

We very much appreciate any assistance you are able to provide. If you learn any information, please contact me at the above numbers or at sburke@burkepyle.com.

Sincerely,

Susan L. Burke

cc via email:   Edward H. White, Esq., U.S. Department of Justice
Greg Mueller, International Committee of the Red Cross