1 of 1 DOCUMENT

Copyright 2005 The New York Times Company
The New York Times

December 25, 2005 Sunday
Late Edition - Final

SECTION: Section 1; Column 6; Foreign Desk; Pg. 1

LENGTH: 1305 words

HEADLINE: U.S., Citing Abuse In Iraqi Prisons, Holds Detainees

BYLINE: By ERIC SCHMITT and THOM SHANKER

DATELINE: WASHINGTON, Dec. 24

BODY:

The commander of American-run prisons in Iraq says the military will not turn over any detainees or detention centers to Iraqi jailers until American officials are satisfied that the Iraqis are meeting United States standards for the care and custody of detainees.

"Bottom line, we will not pass on facilities or detainees until they meet the standards we define and that we are using today," the commander, Maj. Gen. John D. Gardner of the Army, said in a telephone interview this week from Iraq.

The comments by General Gardner come in the aftermath of two recent raids of Iraqi government detention centers that uncovered scores of abused prisoners. They also follow calls by American officials for the Iraqi government to bar militias from dominating the security forces. American military experts have joined Iraqi officials in inspecting Iraqi detention centers.

The general's remarks also come at a time when three of the main American-operated prisons in Iraq remain severely overcrowded despite a $50 million expansion that is nearly finished and when Americans are training Iraqis to take over detention duties.

Pentagon and military officials say that Gen. George W. Casey Jr., the senior American commander in Iraq, has expressed frustrations over the heavy burden of guarding and caring for a detainee population that is growing far faster than inmates can be processed and turned over to Iraqi authorities.

The number of violent detainees has grown to more than 14,000 from about 8,000 in January. The crowding has been compounded by a growing backlog of prisoners, now about 3,100 people, who are waiting for Iraq's fledgling judicial system to hear their cases.

General Gardner, who took command on Nov. 30, expressed optimism that the inspections of Iraqi detention sites would not unduly delay the American goal of delivering Iraqi detainees to the Iraqi government. Military officials said they had a tentative target of turning over American-run prisons to the Iraqis by the end of 2006, although no exact timetable has been approved. But other senior military officials said turning over all Iraqi prisoners to the Iraqis could stretch into 2007.

One Pentagon official described the Iraqi detainee population as a "millstone" that sapped personnel who otherwise could be assigned to other pressing missions. About 3,700 American personnel are assigned to detention operations, the equivalent of one full brigade out of the 17 American brigades now in Iraq, a figure that is scheduled to drop to 15 early next year.

U.S., Citing Abuse In Iraqi Prisons, Holds Detainees  The New York Times

Pentagon and military officials say the huge number of prisoners under American control is a constant source of tension with ordinary Iraqis two years after the Abu Ghraib prisoner-abuse scandal came to light.

General Gardner said that he was painfully aware of the legacy of Abu Ghraib, but insisted that conditions at the American-run prisons in Iraq had improved strikingly. "Abu Ghraib was criminal and I was appalled," he said. "We've come a long way since then."

The issue of Iraqi detainees raises complex legal and diplomatic questions. The United States has pledged to conduct itself in keeping with international conventions, including one regarding torture that precludes handing prisoners to any country where they would face the likelihood of torture. Iraq is not a signatory to that treaty, and it is hard for the United States at this point to certify that some of these prisoners would not be tortured if put under the control of Iraqi jailkeepers.

The influx of detainees has swelled the population at the major American-run prisons to 119 percent of their ideal capacity, General Gardner said. As of this week, the military is holding 14,055 detainees in four prisons, a military spokesman, Lt. Aaron J. Henninger, said. In addition, 535 are being held at the brigade or division level around the country.

At Abu Ghraib, where crowding contributed to the worst of the prisoner abuses that occurred in late 2003, there are 4,924 detainees, nearly 40 percent over what the military considers ideal capacity.

At the largest center, Camp Bucca, in the south, the prison has been divided into compounds of about 150 people instead of 600 or more, to allow guards to maintain better control. There are 7,795 detainees there.

Camp Cropper, at the Baghdad airport, holds 140 prisoners, including dozens of so-called high-value detainees. Fort Suse, a 1980's Russian barracks in northern Iraq, was turned into a prison in October and holds 1,196 detainees.

The increase in the number of imprisoned foreign fighters -- to 465 from 391 in June -- underscores the shifting profile of insurgents taken into custody recently. These fighters come mainly from Syria, Egypt, Saudi Arabia, Sudan and Jordan, the command said. In a survey taken in October, of the more than 3,500 new detainees in American-operated prisons in Iraq since January, about 87 percent were deemed to pose a "high risk" or "extremely high risk" to American personnel, about twice the percentage from late last year, military officials said. American officials this week were reclassifying all detainees as either low, medium or high-risk prisoners.

Many of the new prisoners are considered so dangerous that two review boards, each staffed by six Iraqi and three allied officials, are now ordering them released in only 35 to 40 percent of the cases, General Gardner said, down from 60 percent last year. Each panel reviews about 400 cases a week, he said.

Under rules put in place in June 2004, the United States must release detainees held in American custody after 18 months unless the Iraqi prime minister and General Casey agree to continue to hold them for a specified period, said Lt. Col. Guy Rudisill, another military spokesman. About 130 detainees face hearings under this process in January and a similar number in February, he said in an e-mail message.

The transfer of the American-run detention centers will require training and equipping Iraqis to operate the prisons.

Lt. Col. Barry Johnson, director of the Coalition Press Information Center in Baghdad, said via an e-mail message that the transition plan had four basic steps.

First is instruction on the basics of how to be a prison guard, a course taught by visiting American Justice Department instructors. So far, about 300 guards designated to work side by side with American jailers at internment centers run by American forces have completed the program, Colonel Johnson said. Another 450 guards are currently in the course, and the next session is expected to include approximately 150 Iraqi guards.

The second step involves Iraqi guards actually working alongside guards at detention centers under American control. The 300 guards who completed the classroom instruction in October are now working at the Fort Suse center with American guards, Colonel Johnson said.

Camp Bucca is scheduled to receive 150 Iraqi guards this month, and Fort Suse will receive another 150 Iraqi guards before the New Year, bringing the total to 450. Early next year, Camp Bucca will receive an additional 300 Iraqi guards, also bringing the total there to 450, Colonel Johnson said.

Step three, he said, involves Iraqi guards taking the lead of detention operations under the supervision of the American forces.

"This will allow us to work continually with them to ensure all standards of humane treatment and quality of care are maintained," Colonel Johnson said. "This process mirrors what we are doing for security transition across the country."

In the final stage, he said, "oversight will be reduced until the Iraqis are ready to completely assume control."

No specific timetable for the final transition has been set. "The transition will be based on meeting standards, not on a timeline," he said.

**URL:** http://www.nytimes.com

**GRAPHIC:** Chart: "Detaining More"Iraqi detainees in American custody.Fort Suse*JUNE 2005: 0DEC. 2005 (through 12/20): 1,196Camp CropperJUNE 2005: 121DEC. 2005 (through 12/20): 140Abu GhraibJUNE 2005: 3,563DEC. 2005 (through 12/20): 4,924Camp BuccaJUNE 2005: 6,451DEC. 2005 (through 12/20): 7,795*Operational on Oct. 24.Main centersJUNE 2005: 10,135DEC. 2005 (through 12/20): 14,055Division and Brigade centersJUNE 2005: 1,695DEC. 2005 (through 12/20): 535TOTALJUNE 2005: 11,830DEC. 2005 (through 12/20): 14,590(Source by U.S. Military, Task Force-134)(pg. 18)

**LOAD-DATE:** December 25, 2005

1 of 27 DOCUMENTS

Copyright 2006 The Washington Post
The Washington Post

January 25, 2006 Wednesday
Final Edition

**SECTION:** Editorial; A19

**LENGTH:** 798 words

**HEADLINE:** America's Message To Iraq

**BYLINE:** David Ignatius

**BODY:**

America's agile envoy in Baghdad, Zalmay Khalilzad, is working these days to cajole Iraqi political leaders to put aside narrow interests in favor of a government of national unity. But behind the political dickering lies a stark message: If the Iraqis can't agree on a broad-based government of reconciliation, the United States may have to reduce its military and economic support. America won't bankroll one side in a civil war.

I spoke with Khalilzad by telephone this week about his efforts to coax a compromise from the Iraqis. By most accounts, the Afghan-born diplomat has been a brilliant ringmaster of the Baghdad political circus. But even he can't soften the dilemma facing the Iraqis: They must find a way to work together or the fragile Iraqi state will unravel.

The American envoy is deploying a weapon the United States hasn't used much in Iraq -- the word "no." He said he is arguing that the new government must give the two security ministries -- Interior and Defense -- to people who have broad national support and aren't linked to sectarian militias. Otherwise, America may have to adjust its massive effort to train and equip the Iraqi security forces.

"The security ministries have to be run by people who are not associated with militias and who are not regarded as sectarian," Khalilzad told me. "The issue is how forces that we're investing a huge amount of money in are perceived by the Iraqis. If they are perceived as sectarian, their effectiveness will not be there. We have insisted on this, stated it clearly. These two ministries need people who are acceptable to all parties of a national unity government. . . . We are saying: If you choose the wrong candidates, that will affect U.S. aid."

Khalilzad's message is aimed largely at Abdul Aziz Hakim, the leader of the Shiite religious coalition that won the largest number of votes in December's election. The current interior minister is a close ally of Hakim's and a former leader of the Shiite militia known as the Badr Brigade. U.S. officials believe that under his control, the Interior Ministry has condoned torture of Sunni prisoners and increasingly used the police to settle sectarian scores. That must stop, the Americans argue.

U.S. officials see Iraq at a decisive turning point following December's election to choose a permanent government. They had hoped the balloting would open the way for a secular coalition that might bridge the bitter divisions among Shiites, Sunnis and Kurds. Instead, the balloting reinforced those sectarian tendencies. Iraqis voted their fears and the us-or-them logic of sectarian conflict. Religious and ethnic parties that maintain strong militias did well; secular parties that support national institutions did poorly.

"We've reached a point of no return now," argues Raad Alkadiri, an Anglo-Iraqi who advised the British government in Baghdad during the first year of occupation and who is now a consultant with PFC Energy in Washington. "Are Iraqis willing to put aside their narrow interests? Is there a real Iraqi state? You can't fudge this. This is the edge of the precipice."

Khalilzad is telling Shiite and Kurdish leaders that they have a golden opportunity to stabilize the country because of a sharp split that is emerging within the Sunni insurgency. Sunni tribal and political leaders who had been backing the insurgency are increasingly angry at the terrorist tactics of al Qaeda's leader in Iraq, Abu Musab Zarqawi. That opens the way for a deal -- if the Shiites and Kurds want one. "The tectonics are shifting in the Sunni heartland," Khalilzad told me. "A fault line is developing that is going to expand, between Zarqawi and his allies and elements of the insurgency."

If the Iraqis can reach across the sectarian chasm, it could mark the beginning of a virtuous cycle in Iraq that could finally bring a measure of stability and prosperity. Khalilzad has been talking with Iraqi leaders about a "First 100 Days" program that would get the new government off to a fast start. He has discussed creating a National Security Council that would hammer out consensus within a small leadership group. He is talking with Iraqi leaders about a national Bill of Assurances that would address the anxieties of each sect. But all these good steps require the basic willingness to compromise, bury the hatchets and bring in the Sunnis.

Khalilzad's message is that America's money and patience aren't unlimited. If the Iraqis can come together to build a framework for cooperation, America stands with them. If they can't pull together, they will eventually have to face the nightmare of a shattered Iraq on their own. Ironically, that's America's hidden leverage in Iraq -- the power to walk away.

davidignatius@washpost.com

**LOAD-DATE:** January 25, 2006

Abuse Cited In 2nd Jail Operated by Iraqi Ministry

http://www.washingtonpost.com/wp-dyn/content/...

washingtonpost.com

# Abuse Cited In 2nd Jail Operated by Iraqi Ministry

Official Says 12 Prisoners Subjected to 'Severe Torture'

By Ellen Knickmeyer
Washington Post Foreign Service
Monday, December 12, 2005; A01

BAGHDAD, Dec. 11 -- An Iraqi government search of a detention center in Baghdad operated by Interior Ministry special commandos found 13 prisoners who had suffered abuse serious enough to require medical treatment, U.S. and Iraqi officials said Sunday night.

An Iraqi official with firsthand knowledge of the search said that at least 12 of the 13 prisoners had been subjected to "severe torture," including sessions of electric shock and episodes that left them with broken bones.

"Two of them showed me their nails, and they were gone," the official said on condition of anonymity because of security concerns.

A government spokesman, Laith Kubba, said Sunday night that any findings at the prison would be "subject to an investigation," but he declined to comment on the allegations.

The site, which was searched Thursday, is the second Interior Ministry detention center where cases of prisoner abuse have been confirmed by U.S. and Iraqi officials.

U.S. troops found the first site last month when they entered an Interior Ministry building in central Baghdad to look for a Sunni Arab teenager they believed had been detained, officers said at the time. Several prisoners at that site appeared to have suffered beatings, and many were emaciated, U.S. and Iraqi officials and witnesses said.

The abuse alleged at the prison found this week appeared to have been more severe. Asked specifically what types of torture were found in the commandos' prison, the official cited breaking of bones, tortur with electric shock, extraction of fingernails and cigarette burns to the neck and back.

International law, including the U.N. Convention Against Torture, bans torture in all cases. U.S. Ambassador Zalmay Khalilzad issued a sharp public rebuke of the Iraqi government after the secret prison was discovered last month, demanding in a statement that all detainees nationwide be treated accord with human rights.

Prime Minister Ibrahim Jafari, under heavy pressure from Khalilzad and Army Gen. George W. Cas Jr., the top U.S. commander in Iraq, ordered a nationwide investigation of detention centers after th discovery. The prison investigated Thursday was the first center examined as part of the government-ordered inquiry.

Advertisement

VONAGE
THE BROADBAND PHONE COMPANY

USE YOUR BROADBAND CONNECTION TO SAVE ON ALL YOUR CALLS

Unlimited calls to all 50 states and Canada.

$24.99/month

GET 1 FREE MONTH

THE BROADBAND PHONE COMPANY

2/

explanation.

Sunni political leaders charge that similar incidents of torture are occurring at other Interior Ministry detention facilities and have identified some of the sites by name.

Shiite political leaders say the U.S. military frequently visits the facilities and suggest that American authorities would know about any abuse.

Last week, Defense Secretary Donald H. Rumsfeld ordered military commanders to come up with clear rules for how U.S. forces should respond if they witness detainee abuse. The order followed an exchange between Rumsfeld and Marine Gen. Peter Pace, the Joint Chiefs of Staff chairman, at a news conference Nov. 29.

Pace said then that it was "absolutely the responsibility of every U.S. service member if they see inhumane treatment being conducted to intervene to stop it."

Rumsfeld said, "I don't think you mean they have an obligation to physically stop it; it's to report it."

Pace responded, "If they are physically present when inhumane treatment is taking place, sir, they have an obligation to try to stop it."

U.S. officials have said the FBI and the U.S. military are aiding the prison investigation. Authorities have identified more than 1,000 detention centers across Iraq.

© 2005 The Washington Post Company

**Advertising Links**                                                                 What's this?

**2.75% Fixed Student Loan Consolidation**
70% lower monthly student loan payment at NextStudent. Consolidation rate locked as low as 2.75%. No costs. Flexible payment plans. Secure site. Pre-qualify in 60 seconds online.
www.nextstudent.com

**Mortgage Rates Hit Record Lows**
$160,000 loan as low as $633/month. Compare rates - refinance now.
www.lowermybills.com

**Save on All Your Calls with Vonage**
When looking for local regional and long distance calling, use Vonage to make calls to all 50 states and Canada. Get voicemail, great international rates and more. Sign up today.
www.vonage.com

FOCUS - 7 of 72 DOCUMENTS

Copyright 2005 The New York Times Company
The New York Times

November 29, 2005 Tuesday
Late Edition - Final

**SECTION:** Section A; Column 1; Foreign Desk; THE STRUGGLE FOR IRAQ: KILLINGS; Pg. 1

**LENGTH:** 1584 words

**HEADLINE:** Sunnis Accuse Iraqi Military Of Executions

**BYLINE:** By DEXTER FILKINS; John F. Burns and Mona Mahmoud contributed reporting for this article.

**DATELINE:** BAGHDAD, Iraq, Nov. 28

**BODY:**

As the American military pushes the largely Shiite Iraqi security services into a larger role in combating the insurgency, evidence has begun to mount suggesting that the Iraqi forces are carrying out executions in predominantly Sunni neighborhoods.

Hundreds of accounts of killings and abductions have emerged in recent weeks, most of them brought forward by Sunni civilians, who claim that their relatives have been taken away by Iraqi men in uniform without warrant or explanation.

Some Sunni men have been found dead in ditches and fields, with bullet holes in their temples, acid burns on their skin, and holes in their bodies apparently made by electric drills. Many have simply vanished.

Some of the young men have turned up alive in prison. In a secret bunker discovered earlier this month in an Interior Ministry building in Baghdad, American and Iraqi officials acknowledged that some of the mostly Sunni inmates appeared to have been tortured.

Bayan Jabr, the interior minister, and other government officials denied any government involvement, saying the killings were carried out by men driving stolen police cars and wearing police and army uniforms purchased at local markets. "Impossible! Impossible!" Mr. Jabr said. "That is totally wrong; it's only rumors; it is nonsense."

Many of the claims of killings and abductions have been substantiated by at least one human rights organization working here -- which asked not to be identified because of safety concerns -- and documented by Sunni leaders working in their communities.

American officials, who are overseeing the training of the Iraqi Army and the police, acknowledge that police officers and Iraqi soldiers, and the militias with which they are associated, may indeed be carrying out killings and abductions in Sunni communities, without direct American knowledge.

But they also say it is difficult, in an already murky guerrilla war, to determine exactly who is responsible. The American officials insisted on anonymity because they were working closely with the Iraqi government and did not want to criticize it publicly.

The widespread conviction among Sunnis that the Shiite-led government is bent on waging a campaign of terror against them is sending waves of fear through the community, just as Iraqi and American officials are trying to coax the Sunnis to take part in nationwide elections on Dec. 15.

Sunnis believe that the security forces are carrying out sectarian reprisals, in part to combat the insurgency, but also in revenge for years of repression at the hands of Saddam Hussein's government.

Ayad Allawi, a prominent Iraqi politician who is close to the Sunni community, charged in an interview published Sunday in The London Observer that the Iraqi government -- and the Ministry of Interior in particular -- was condoning torture and running death squads.

The allegations raise the possibility of the war being fought here by a set of far messier rules, as the Americans push more responsibility for fighting it onto the Iraqis. One worry, expressed repeatedly by Americans and Iraqis here, is that an abrupt pullout of American troops could clear the way for a sectarian war.

One Sunni group taking testimony from families in Baghdad said it had documented the death or disappearance of 700 Sunni civilians in the past four months.

An investigator for the human rights organization said it had not been able to determine the number of executions carried out by the Iraqi security forces. So far, the investigator said, the evidence was anecdotal, but substantial.

"There is no question that bodies are turning up," said the investigator, who agreed to speak on the condition of anonymity, citing safety concerns. "Quite a few have been handcuffed and shot in the back of the head."

As an example, the human rights investigator said that the group had been able to verify that a number of Sunni men taken from the Baghdad neighborhood of Huriya and shot to death last August. Relatives of the dead told the group that more than 30 men had been taken from their homes by the Iraqi police in what appeared to be a roundup of Sunni males.

In the Iskan neighborhood in Baghdad, the human rights group said it had confirmed that 36 Sunni men had been abducted and killed in the neighborhood in August. Sunni groups say the men were taken from their homes by men who identified themselves as intelligence agents from the Interior Ministry.

"The stories are pretty much consistent across the board, both in the manner that the men are being abducted and in who they say is taking them," the human rights investigator said.

More than 15 Sunni families interviewed for this article gave similar accounts of people identifying themselves as Iraqi security forces taking their relatives away without warrants. The families said that most of those said to have been abducted were later found dead.

On Nov. 12, according to the Samarraie family in Gazalia, a Baghdad neighborhood, a group of masked men identifying themselves as agents of the Interior Ministry broke down the family's door. Outside, the family members said, was a line of white pickup trucks with machine guns mounted on them.

The men in masks said they were looking for Yasir, 36, one of the Samarraie brothers, the family said. They took him away.

"We are intelligence people from the Ministry of the Interior," one of the men said, according to Yasir's wife, Wuroud Sami Younis.

A few days later, the police found Yasir's body in an empty field a couple of neighborhoods away. His skull was broken, and there were two bullet holes in his temple, family members said. Officials at the city morgue confirmed Mr. Yasir's death.

"The government is trying to terrorize and dominate the Sunni people," said Yasir's brother, Shuhaib.

The claims of direct involvement by the Iraqi security services are extremely difficult to verify. In a land where rumor and allegation are commonly used as political weapons, the truth is difficult to distill.

Mr. Jabr, the interior minister, acknowledged that many civilians were being killed in Baghdad and around Iraq, and that some of them were being killed for sectarian reasons. "When we have cases like that, we investigate them, and if we can find the culprits we arrest them," he said.

The chief suspects, according to Sunni leaders, human rights workers and a well-connected American official here, are current and former members of the Badr Brigade, the Iranian-backed militia controlled by the Supreme Council for the Islamic Revolution in Iraq, a principal part of the current government. Since the fall of the Hussein government in April 2003, Badr gunmen are suspected of having assassinated dozens of its former officials, as well as suspected insurgents.

Since April, when the Shiite-led government came to power, Badr fighters have joined the security services, like the police and commando units under the control of the interior minister, Mr. Jabr, who is also a senior member of the Supreme Council.

With Badr gunmen operating inside and outside the government, the militia can act with what appears to be official backing. It is not clear who is directing the security services, the government officials or the heads of the militias.

"The difference between the Ministry of the Interior and the Badr Brigade has become very blurry," the human rights investigator said.

"You have these people in the security services, and they have different masters," said the American official in Baghdad. "There isn't a clear understanding of who is in charge."

The alarm in the Sunni community is so great the Um al-Qura Mosque, one of the largest temples in Baghdad, has begun documenting cases of allegations of executions and abductions. Mazan Taha, who is overseeing the project, said he has compiled the names of some 700 Sunni men who have disappeared or been killed in the past four months.

In one Sunni neighborhood, Sababkar, residents said the Iraqi Army surrounded the neighborhood and took away 11 of its Sunni men in July. Most of the bodies were found the next day; television stations here showed pictures of bodies that had been burned with acid and drilled with holes by electric drills. Most of the men had been shot in their temples.

"How did these killers get police uniforms?" Mr. Taha asked of the details surrounding many of the killings. "How was it that they were operating freely after curfew? That they had police cars?"

Each day, Sunni families with little faith that the Shiite-led government will help them line up at Mr. Taha's office instead, to tell of family members who have been killed and disappeared.

"They took three of my sons!" wailed Naima Ibrahim, waving three government-issued identification cards, as Mr. Taha quietly wrote the information down. "They took three of my sons!"

The grief in Baghdad's Sunni neighborhoods has begun to spill onto the streets.

On Friday, hundreds of Iraqi Sunnis marched through the Amriya neighborhood to protest the killing of a prominent Sunni leader and three of his sons last Wednesday. Witnesses said the killers were wearing Iraqi army uniforms and came in the middle of the night, when the curfew has been strictly enforced. The Sunni leader, Kadhim Surhid, was buried, but much was unclear.

"They killed them in their beds," said Jama Hussein, a friend who attended the funeral. He jutted his palms out from his body. "I myself carried them from their beds."

URL: http://www.nytimes.com

GRAPHIC: Photo: At a large Sunni mosque in Baghdad, Mazan Taha, left, logs allegations of attacks by Shiites. Sadia Abbas reported a nephew's arrest in Basra. (Photo by Joao Silva for The New York Times)(pg. A16)

LOAD-DATE: November 29, 2005