

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA K. OMAR, et. al., <br> Petitioners, <br><br> v. <br><br> FRANCIS J. HARVEY, et. al., <br> Respondents. | CIVIL ACTION NO. 05-2374 (RMU) |

### DECLARATION OF SUSAN L. BURKE

I declare under penalty of perjury that the following is true and correct:

1. My name is Susan L. Burke. I have been a member of the bar of the District of Columbia since 1987. I practiced with Covington & Burling for fourteen years. I also served as a Trial Attorney in Civil Frauds, Department of Justice. I now have my own firm, Burke Pyle LLC, which, along with the McArthur Justice Center at University of Chicago Law Center and the Brennan Center for Justice at the New York University School of Law, is attorney of record in this matter.

2. On December 12, 2005, counsel filed a petition for habeas corpus on behalf of Shawki Omar. *See* Docket No. 1.

3. At all times relevant to this matter, Mr. Omar has been held in the custody of the United States government (hereinafter "U.S. government").

4. Prior to engaging us as counsel, Mr. Omar's American wife, Sandra Omar, had been taking steps to learn the whereabouts of her husband. Ms. Omar communicated frequently with the International Committee of the Red Cross (hereinafter "ICRC") as

well as with various branches of the U.S. government. Based on the information Ms. Omar learned from the ICRC and U.S. government sources, the U.S. government appears to have moved Mr. Omar back and forth between different prisons for purposes of convenience to the U.S. government. Some of this information has been previously provided in the Petition, but is repeated for clarity of the narrative.

5. On or about October 29, 2004, the U.S. government arrested Mr. Omar in his Baghdad residence. U.S. soldiers beat Mr. Omar during the arrest. Mr. Omar's ten-year old son, Salahedin, also an American citizen, was in a nearby room within hearing distance of his father's beating. U.S. soldiers then confiscated the ten-year-old's passport and arrested Mr. Omar without apprising him of why they were doing so. To date, Mr. Omar still has not been told why he was arrested and why he has been imprisoned for more than fifteen months without charge or access to counsel.

6. On or about December 22, 2004, the U.S. government (via Marie Damour, then United States Consul in Baghdad) finally responded to Ms. Omar's entreaties for information about the whereabouts of her husband. She was informed only that Mr. Omar was imprisoned "under United States military care, custody and control."

7. The U.S. government initially imprisoned Mr. Omar at Camp Cropper, which is near the Baghdad International Airport. By the time the U.S. government responded to Ms. Omar's pleas, the U.S. government had moved Mr. Omar to Camp Bucca, which is near the port city of Umm Qasr, and approximately an eight-hour drive from Baghdad, where Mr. Omar was arrested.

8. On or about October 27, 2005, the U.S. government moved Mr. Omar to Abu Ghraib prison for a consular visit.

9.  On or about October 31, 2005, after learning of the possibility of this visit from the ICRC, Ms. Omar wrote to the United States Consul in Baghdad asking them to confirm that her husband had received a consular visit at the U.S. prison at Abu Ghraib.

10. On or about November 2, 2005, Nermeen Omar (who resides in Baghdad) tried to see Mr. Omar at Abu Ghraib, but the U.S. government refused to permit her to see him. U.S. prison officials said that Mr. Omar's number was listed but that he was not allowed visits. They advised Nermeen Omar to return after Monday, November 7, 2005.

11. On or about November 7, 2005, Nermeen Omar went back to Abu Ghraib to visit Mr. Omar but the U.S. government prison officials told her that they had already transferred him back to Camp Bucca, which is an eight hours' drive away. The U.S. government prison officials let Nermeen Omar make an appointment to see him at Bucca on December 10, 1005.

12. On or about December 10, 2005, Nermeen Omar drove eight hours to visit Mr. Omar at Camp Bucca. The U.S. government prison officials acknowledged that Mr. Omar was imprisoned at Camp Bucca but denied Nermeen Omar the right to visit him, claiming some problem with her identification.

13. On or about December 12, 2005, we filed the Petition on Mr. Omar's behalf. We served a copy of the Petition on the U.S. government by registered mail, return receipt requested.

14. On December 19, 2005, the U.S. government received and signed for a copy of the Petition. A true and correct copy of the signed return receipt is attached hereto as Exhibit 1.

15. We provided a copy of the Petition to Ms. Omar, who also provided a copy to the ICRC representative.

16. On or about January 19, 2006, we filed a Motion for Order To Show Cause with the Court. We served a copy of that Motion on the U.S. government.

17. On or about January 23, 2006, the ICRC visited Mr. Omar. The ICRC showed the U.S. government officials as well as Mr. Omar a copy of the Petition. The U.S. government prison officials did not permit Mr. Omar, a United States citizen, to keep a copy of the Petition filed on his behalf.

18. On or about January 24, 2006, I was contacted by Edward H. White, Department of Justice. Mr. White explained that he had not seen the habeas petition until he received our motion for order to show cause on or about January 19, 2006, due to an internal file processing error. *See also Respondents' Motion for Extension of Time to Show Cause Why Writ Should Not be Granted, at 1, n.2 (filed Jan. 24, 2006)*. We agreed to consent to an extension of time for the U.S. government to respond.

19. At the same time, on or about January 24, 2006, the U.S. government was moving Mr. Omar from the Camp Bucca prison to Abu Ghraib prison.

20. On or about January 27, 2006, I learned via electronic communications from Ms. Omar that the ICRC had been told by U.S. government officials that they transferred Mr. Omar to Abu Ghraib for some type of court proceeding that had been scheduled for February 3, 2006.

21. On or about January 30, 2006, Nermeen Omar was able to visit Mr. Omar at the Abu Ghraib prison.

22. On or about January 30, 2006, we contacted various departments of the U.S. government, including the Department of Justice, the United States Ambassador to Iraq, and the Consul in Baghdad, to remind them that we are entitled as counsel to attend and participate in any legal proceeding and that we needed to be included to represent Mr. Omar's interests. Participating in a proceeding held at Abu Ghraib appears to be possible because there are functional videolink facilities. We also offered to have a legal representative present in person. True and correct copies of the letters transmitted to the U.S. government are attached hereto as Exhibit 2.

23. On or about February 2, 2006, the U.S. government informed us that it intended to turn Mr. Omar over to the Iraqi criminal authorities for a proceeding and that it intended to do so without giving us any notice. An email from Department of Justice attorney Edward H. White, stated that:

> Mr. Omar is currently in the custody of Multinational Force-Iraq, and a determination was previously made to refer his case to the Central Criminal Court of Iraq (CCCI). We are informed that no hearing in his case is scheduled for Friday, February 3, 2006. We understand that when Mr. Omar appears for any hearing in the CCCI, he is afforded counsel (either retained by him/his family, or appointed by the Court). If Mr. Omar decides to use retained local counsel rather than Court-appointed counsel, we are informed that he/his family can provide to the CCCI the contact information for his retained local counsel before the hearing begins and that Court personnel will notify the retained local counsel at that time. Please be advised that, whenever scheduled, we would not be able to disclose to you the date of any hearing for security reasons (including the safety of Mr. Omar).

A true and correct copy of this email is attached hereto as Exhibit 3.

24. On or about February 2, 2006, I responded to Mr. White around 3:30 pm by stating in an email: "This is not acceptable. Please call to discuss."

25. The evening of February 2, 2006, at approximately 6:49 pm, the U.S. government (via Ned White, Department of Justice) responded as follows: "Susan: *I thought that the information I provided was more than sufficient to address the concerns you had expressed.* If you have any specific information that makes you believe that my response is 'not acceptable' then please provide that to me." (Emphasis added.) A true and correct copy of this email is attached as Exhibit 4.

26. On or about February 2, 2006, we filed at approximately 10:30 pm an *Ex Parte* Emergency Motion for a Temporary Restraining Order seeking to prevent the U.S. government officials from turning Mr. Omar over to the Iraqi criminal authorities. We have reasonable grounds to believe that Mr. Omar would be tortured if he is turned over to the Iraqi criminal authorities.

27. On or about February 3, 2006, during the pendency of this emergency motion, the U.S. government moved Mr. Omar from Abu Ghraib prison to the Camp Cropper prison. We learned this when Nermeen Omar went to Abu Ghraib prison to make another appointment to see Mr. Omar. The U.S. government prison officials told her they had moved him to Camp Cropper, and she could not see him.

28. Based on the U.S. government's conduct and responses to date, we have a good faith belief that the U.S. government intends summarily and without notice to counsel or the Court to turn Mr. Omar over to the physical and/or legal custody of Iraqi criminal authorities.

Date: February 5, 2006

_____
Susan L. Burke

EXHIBIT 1
1:05 – CV – 02374 – RMU

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alberto R. Gonzales, Esq.
   Attorney General of the
   United States
   U.S. Dept. of Justice
   Robert F. Kennedy Bldg
   Room 5111
   10th St. and constitution Ave
   Washington DC 20530

2. Article Number
   (Transfer from service label)
   RA 084 827 354 US

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-15

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  X  [signature]

B. Received by (Printed Name) [name]  C. Date of Delivery DEC 19 2005

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kenneth L. Wainstein
   United States Attorney
   District of Columbia
   Judiciary Center
   555 4th St N.W.
   Washington DC 20530

2. Article Number
   (Transfer from service label)
   RA 084 827 368 US

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-15

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  X  [signature]

B. Received by (Printed Name) [name]  C. Date of Delivery DEC 19 2005

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes



3527 lancaster avenue   philadelphia, pa 19104   tel: 215.387.4705   fax: 215.387.4713

January 31, 2006

<u>By facsimile, email and regular mail</u>

Edward H. White, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6110
Washington, DC 20530

    Re: *Omar v. Harvey*, 05-2374

Dear Ned:

    As you know, we represent Petitioner Shawqi Omar in the above action challenging his prolonged military detention in Iraq. We have just learned that Mr. Omar is scheduled for some kind of proceeding at the Abu Ghraib prison in Iraq on February 3, 2006 – after more than one year of captivity and less than a week before the Government's response to Mr. Omar's habeas petition is due. We write to demand that we be permitted to attend and to participate in this proceeding, and that we be provided with a writing that sets forth any charges against Mr. Omar. Our representative in Baghdad will be able to attend the proceeding.

    It is vital that Mr. Omar be present and be accorded a full opportunity to participate meaningfully in any hearing held to determine the lawfulness of his detention. To that end, he must have the opportunity to be heard, to confront fully any evidence against him, to call witnesses, and to the assistance of counsel. It is also essential that any decision be made in writing, and that copies are provided promptly to Mr. Omar and undersigned counsel. As we indicated in the habeas petition, we do not believe that any proceeding short of an Article III criminal proceeding justifies continued detention,

Edward H. White
January 31, 2006
Page 2

Please notify us immediately with details of who should be contacted to arrange for our attendance at the February 3, 2006, proceeding.

Sincerely,

*Susan L. Burke*

Susan L. Burke



3527 lancaster avenue    philadelphia, pa 19104    tel: 215.387.4705    fax: 215.387.4713

February 1, 2006

**By facsimile, email and regular mail**

Dr. Zalmay Khalilzad, Ambassador
Embassy of the United States
APO AE 09316
Baghdad, Iraq

      Re:   *U.S. Prisoner Shawqi Ahmad Omar, Detainee No. 200165*
              *Omar v. Harvey,* 05-2374

Dear Ambassador Khalilzad:

    I am part of a legal team representing Mr. Shawqi Omar, a United States citizen who has been imprisoned by United States military forces in Iraq since October 29, 2004. After being retained by Mr. Omar's wife and oldest son, we filed a petition for writ of habeas corpus on Mr. Omar's behalf in the United States District Court for the District of Columbia on December 12, 2005, asking for his immediate release. That Court has ordered the United States to explain why the petition should not be granted. The United States' response is due on February 9, 2006.

    Yesterday, we learned that Mr. Omar will be subject to an unknown type of hearing at Abu Ghraib on Friday, February 3, 2006. Mr. Omar has been imprisoned without charge for over a year, but we understand that he may have recently been or may very soon be formally charged. We have not yet received any copy of any charges against him.

    We are asking for your immediate assistance in securing the right to counsel for this American citizen at what appears to be a crucial proceeding. We understand Abu Ghraib has videolink facilities, so it should not be a problem for us to participate in the proceeding from the United States. In addition, we would like to send our full-time employee in Baghdad to Abu

Dr. Zalmay Khalilzad, Ambassador
February 1, 2006
Page 2

Ghraib to be physically present during the proceeding to provide additional support for Mr. Omar. Although he is not an attorney, he is our agent and representative and is best able to further our representation of Mr. Omar.

We very much appreciate any assistance you are able to provide. If you learn any information, please contact me at the above numbers or at sburke@burkepyle.com.

Sincerely,

Susan L. Burke

cc via email:  Edward H. White, Esq., U.S. Department of Justice
Greg Mueller, International Committee of the Red Cross



3527 lancaster avenue    philadelphia, pa 19104    tel: 215.387.4705    fax: 215.387.4713

February 1, 2006

**By facsimile, email and regular mail**

Richard C. Hermann, U.S. Consul General
Embassy of the United States
APO AE 09316
Baghdad, Iraq

    Re:    *U.S. Prisoner Shawqi Ahmad Omar, Detainee No. 200165*
             *Omar v. Harvey, 05-2374*

Dear Mr. Hermann:

    I am part of a legal team representing Mr. Shawqi Omar, a United States citizen who has been imprisoned by United States military forces in Iraq since October 29, 2004. After being retained by Mr. Omar's wife and oldest son, we filed a petition for writ of habeas corpus on Mr. Omar's behalf in the United States District Court for the District of Columbia on December 12, 2005, asking for his immediate release. That Court has ordered the United States to explain why the petition should not be granted. The United States' response is due on February 9, 2006.

    Yesterday, we learned that Mr. Omar will be subject to an unknown type of hearing at Abu Ghraib on Friday, February 3, 2006. Mr. Omar has been imprisoned without charge for over a year, but we understand that he may have recently been or very soon about to be formally charged. We have not yet received any copy of any charges against him.

    We are asking for your immediate assistance in securing protection of the right to counsel for this American citizen at what appears to be a crucial proceeding. We understand Abu Ghraib has videolink facilities, so it should not be a problem for us to participate in the proceeding from the United States. In addition, we would like to send our full-time employee in Baghdad to Abu

Richard C. Hermann, U.S. Consul General
February 1, 2006
Page 2

Ghraib to be physically present during the proceeding to provide additional support for Mr. Omar. Although he is not an attorney, he is our agent and representative and is best able to further our representation of Mr. Omar.

We very much appreciate any assistance you are able to provide. If you learn any information, please contact me at the above numbers or at sburke@burkepyle.com.

Sincerely,

Susan L. Burke

cc via email:   Edward H. White, Esq., U.S. Department of Justice
Greg Mueller, International Committee of the Red Cross

**Heather Allred**

| | |
|---|---|
| From: | Ned.White@usdoj.gov |
| Sent: | Thursday, February 02, 2006 9:28 AM |
| To: | sburke@burkepyle.com (Receipt Notification Requested) (IPM Return Requested); hallred@burkepyle.com (Receipt Notification Requested) (IPM Return Requested) |
| Subject: | RE: Omar v. Harvey |

Susan,

    I write in response to your letter dated January 31, 2006 and our subsequent email communications with respect to this matter. Mr. Omar is currently in the custody of Multinational Force-Iraq, and a determination was previously made to refer his case to the Central Criminal Court of Iraq (CCCI). We are informed that no hearing in his case is scheduled for Friday, February 3, 2006. We understand that when Mr. Omar appears for any hearing in the CCCI, he is afforded counsel (either retained by him/his family, or appointed by the Court). If Mr. Omar decides to use retained local counsel rather than Court-appointed counsel, we are informed that he/his family can provide to the CCCI the contact information for his retained local counsel before the hearing begins and that Court personnel will notify the retained local counsel at that time. Please be advised that, whenever scheduled, we would not be able to disclose to you the date of any hearing for security reasons (including the safety of Mr. Omar). I trust that this information satisfactorily resolves the concerns that prompted your inquiry.

Best regards,

Ned White
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel: (202) 514-5108
Fax: (202) 318-4268

-----Original Message-----
From: hallred@burkepyle.com [mailto:hallred@burkepyle.com]
Sent: Wednesday, February 01, 2006 6:29 PM
To: usconsulbaghdad@state.gov
Cc: White, Ned (CIV); iraq.iqs@icrc.org; sburke@burkepyle.com
Subject: U.S. Citizen detained at Abu Ghraib
Importance: High

Please see attached urgent letter to Ambassador Khalilzad.

---

Heather L. Allred

Burke Pyle LLC

3527 Lancaster Avenue

Philadelphia, PA 19104

215.382.2383

267.679.2674 (cell)

215.387.4713 (fax)

hallred@burkepyle.com

1

This message may contain privileged and confidential information. If you are not the intended recipient, please alert me and delete the message.
Thank you.

**Heather Allred**

EXHIBIT 4
1:05 – CV – 02374 – RMU

| | |
|---|---|
| From: | Heather Allred [hallred@burkepyle.com] |
| Sent: | Friday, February 03, 2006 3:49 PM |
| To: | 'Aziz Huq'; 'jmarguli@uchicago.edu'; (hafetzj@juris.law.nyu.edu) |
| Cc: | 'sburke@burkepyle.com' |
| Subject: | FW: Omar v. Harvey |

```
-----Original Message-----
From: Ned.White@usdoj.gov [mailto:Ned.White@usdoj.gov]
Sent: Thursday, February 02, 2006 6:49 PM
To: sburke@burkepyle.com (Receipt Notification Requested) (IPM Return
Requested)
Subject: RE: Omar v. Harvey

Susan: I thought that the information I provided was more than sufficient to address the
concerns you had expressed.  If you have any specific information that makes you believe
that my response is "not acceptable" then please provide that to me.


-----Original Message-----
From: sburke@burkepyle.com [mailto:sburke@burkepyle.com]
Sent: Thursday, February 02, 2006 3:31 PM
To: White, Ned (CIV)
Subject: RE: Omar v. Harvey

This is not acceptable.  Please call me to discuss.

Susan L. Burke
Burke Pyle LLC
3527 Lancaster Avenue
Philadelphia, PA 19104
215.387.4709
215.971.5058 (cell)
215.387.4713 (fax)

This message may contain privileged and confidential information.  If you are not the
intended recipient, please alert me and delete the message.
Thank you.


-----Original Message-----
From: Ned.White@usdoj.gov [mailto:Ned.White@usdoj.gov]
Sent: Thursday, February 02, 2006 9:28 AM
To: hallred@burkepyle.com (Receipt Notification Requested) (IPM Return Requested);
sburke@burkepyle.com (Receipt Notification Requested) (IPM Return Requested)
Subject: RE: Omar v. Harvey

Susan,

     I write in response to your letter dated January 31, 2006 and our subsequent email
communications with respect to this matter.  Mr.
Omar is currently in the custody of Multinational Force-Iraq, and a determination was
previously made to refer his case to the Central Criminal Court of Iraq (CCCI).  We are
informed that no hearing in his case is scheduled for Friday, February 3, 2006.  We
understand that when Mr. Omar appears for any hearing in the CCCI, he is afforded counsel
(either retained by him/his family, or appointed by the Court).  If Mr.
Omar decides to use retained local counsel rather than Court-appointed counsel, we are
informed that he/his family can provide to the CCCI the contact information for his
retained local counsel before the hearing begins and that Court personnel will notify the
retained local counsel at that time.  Please be advised that, whenever scheduled, we would
not be able to disclose to you the date of any hearing for security reasons (including the
safety of Mr. Omar).  I trust that this information satisfactorily resolves the concerns
```

that prompted your inquiry.

Best regards,

Ned White
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel: (202) 514-5108
Fax: (202) 318-4268

-----Original Message-----
From: hallred@burkepyle.com [mailto:hallred@burkepyle.com]
Sent: Wednesday, February 01, 2006 6:29 PM
To: usconsulbaghdad@state.gov
Cc: White, Ned (CIV); iraq.iqs@icrc.org; sburke@burkepyle.com
Subject: U.S. Citizen detained at Abu Ghraib
Importance: High

Please see attached urgent letter to Ambassador Khalilzad.

---

Heather L. Allred

Burke Pyle LLC

3527 Lancaster Avenue

Philadelphia, PA 19104

215.382.2383

267.679.2674 (cell)

215.387.4713 (fax)

hallred@burkepyle.com

This message may contain privileged and confidential information.  If you are not the intended recipient, please alert me and delete the message.
Thank you.