# EXHIBIT 4



3527 lancaster avenue     philadelphia, pa 19104     tel: 215.387.4705     fax: 215.387.4713

January 31, 2006

**By facsimile, email and regular mail**

Edward H. White, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6110
Washington, DC 20530

    Re: *Omar v. Harvey*, 05-2374

Dear Ned:

    As you know, we represent Petitioner Shawqi Omar in the above action challenging his prolonged military detention in Iraq. We have just learned that Mr. Omar is scheduled for some kind of proceeding at the Abu Ghraib prison in Iraq on February 3, 2006 – after more than one year of captivity and less than a week before the Government's response to Mr. Omar's habeas petition is due. We write to demand that we be permitted to attend and to participate in this proceeding, and that we be provided with a writing that sets forth any charges against Mr. Omar. Our representative in Baghdad will be able to attend the proceeding.

    It is vital that Mr. Omar be present and be accorded a full opportunity to participate meaningfully in any hearing held to determine the lawfulness of his detention. To that end, he must have the opportunity to be heard, to confront fully any evidence against him, to call witnesses, and to the assistance of counsel. It is also essential that any decision be made in writing, and that copies are provided promptly to Mr. Omar and undersigned counsel. As we indicated in the habeas petition, we do not believe that any proceeding short of an Article III criminal proceeding justifies continued detention,

Edward H. White
January 31, 2006
Page 2

    Please notify us immediately with details of who should be contacted to arrange for our attendance at the February 3, 2006, proceeding.

Sincerely,

*[signature]*

Susan L. Burke