# EXHIBIT 5

# White, Ned (CIV)

**From:** White, Ned (CIV)
**Sent:** Thursday, February 02, 2006 9:28 AM
**To:** 'sburke@burkepyle.com'; 'hallred@burkepyle.com'
**Subject:** RE: Omar v. Harvey

Susan,

    I write in response to your letter dated January 31, 2006 and our subsequent email communications with respect to this matter. Mr. Omar is currently in the custody of Multinational Force-Iraq, and a determination was previously made to refer his case to the Central Criminal Court of Iraq (CCCI). We are informed that no hearing in his case is scheduled for Friday, February 3, 2006. We understand that when Mr. Omar appears for any hearing in the CCCI, he is afforded counsel (either retained by him/his family, or appointed by the Court). If Mr. Omar decides to use retained local counsel rather than Court-appointed counsel, we are informed that he/his family can provide to the CCCI the contact information for his retained local counsel before the hearing begins and that Court personnel will notify the retained local counsel at that time. Please be advised that, whenever scheduled, we would not be able to disclose to you the date of any hearing for security reasons (including the safety of Mr. Omar). I trust that this information satisfactorily resolves the concerns that prompted your inquiry.

Best regards,

Ned White
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel: (202) 514-5108
Fax: (202) 318-4268

-----Original Message-----
From: hallred@burkepyle.com [mailto:hallred@burkepyle.com]
Sent: Wednesday, February 01, 2006 6:29 PM
To: usconsulbaghdad@state.gov
Cc: White, Ned (CIV); iraq.iqs@icrc.org; sburke@burkepyle.com
Subject: U.S. Citizen detained at Abu Ghraib
Importance: High

Please see attached urgent letter to Ambassador Khalilzad.


Heather L. Allred

Burke Pyle LLC

3527 Lancaster Avenue

Philadelphia, PA 19104

215.382.2383

267.679.2674 (cell)

215.387.4713 (fax)

hallred@burkepyle.com

1