IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA K. OMAR *et. al.*,<br>Petitioners,<br><br>v.<br><br>FRANCIS J. HARVEY *et. al.*,<br>Respondents. | )<br>)<br>)    CIVIL ACTION NO. 05-2374 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION OF HEATHER L. ALLRED FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Heather L. Allred, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* in the above-captioned case. In support of the motion, Ms. Allred provides her attached declaration.

Dated: February 7, 2006

_____
Susan L. Burke (D.C. Bar # 414939)
BURKE PYLE LLC
3527 Lancaster Avenue
Philadelphia, PA 19104
Telephone:   (215) 387-4705
Facsimile:    (215) 387-4713

## CERTIFICATE OF SERVICE

I, Heather L. Allred, do hereby certify that on the 7th day of February 2006, I caused a true and correct copy of the foregoing Motion of Heather L. Allred for Admission *Pro Hac Vice* to be served via electronic mail and U.S. First Class Mail, postage prepaid, upon the following individual at the address indicated:

Edward H. White, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6110
Washington, DC 20530

_____
Heather L. Allred