IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA K. OMAR *et. al.*,<br>Petitioners,<br><br>v.<br><br>FRANCIS J. HARVEY *et. al.*,<br>Respondents. | CIVIL ACTION NO. 05-2374 (RMU) |

### DECLARATION OF HEATHER L. ALLRED

I, Heather L. Allred ("Applicant"), hereby declare under penalty of perjury to the following:

1. <u>Request for Admission</u>: Applicant is a member in the law firm Burke Pyle LLC and requests permission to participate in this action as counsel for petitioners.

2. <u>Name and Address of Applicant's Law Firm</u>:

    Burke Pyle LLC
    3527 Lancaster Avenue
    Philadelphia, PA 19104
    Telephone:   (215) 387-4705
    Facsimile:    (215) 387-4713

3. <u>Bar Admissions</u>: Applicant is a member of the Bar of the Commonwealth of Pennsylvania and is also admitted to practice before the United States District Court for the Middle District of Pennsylvania.

4. <u>Certification of Good Standing</u>: Applicant certifies that she has not been disbarred, censured, or disciplined by any court of record or state bar association. There are no pending disciplinary proceedings against Applicant.

5. <u>Previous Appearances in this Court</u>: Applicant has not been admitted *pro hac vice* in this Court within the last two years.

6.    <u>Residence Outside District</u>:  Applicant resides and practices law from an office outside this District, is not a member of the District of Columbia Bar, and does not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 7th day of February, 2006.

                                                   Heather L. Allred