UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANDRA K. OMAR** *et. al.*, ) | |
| Petitioners, ) | CIVIL ACTION NO. 05-2374 (RMU) |
| ) | |
| v. ) | |
| ) | |
| **FRANCIS J. HARVEY** *et. al.*, ) | |
| Respondents. ) | |

**[PROPOSED] ORDER**

Upon consideration of the Motion of Heather L. Allred for Admission *Pro Hac Vice* made pursuant to Rule 83.2(d) of the Local Rules of this Court and the supporting declaration, it is hereby

ORDERED that the Motion be and hereby is GRANTED.

Dated: _____

_____
The Honorable Ricardo M. Urbina
United States District Judge