IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA K. OMAR *et. al.*, <br> Petitioners, <br> <br> v. <br> <br> FRANCIS J. HARVEY *et. al.*, <br> Respondents. | ) <br> ) <br> ) CIVIL ACTION NO. 05-2374 (RMU) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF AZIZ Z. HUQ

I, Aziz Huq ("Applicant"), hereby declare under penalty of perjury to the following:

1. Request for Admission: Applicant is a member in the law firm Brennan Center for Justice at NYU School of Law and requests permission to participate in this action as counsel for petitioners.

2. Name and Address of Applicant's Law Firm:

> Brennan Center for Justice at NYU School of Law
> 12th Floor
> 161 Avenue of the Americas
> New York, NY 10013
> Telephone:   (212) 992-8632
> Facsimile:   (212) 995-4550

3. Bar Admissions: Applicant is a member of the Bar of the State of New York.

4. Certification of Good Standing: Applicant certifies that he has not been disbarred, censured, or disciplined by any court of record or state bar association. There are no pending disciplinary proceedings against Applicant.

5. Previous Appearances in this Court: Applicant has not been admitted *pro hac vice* in this Court within the last two years.

- 3 -

6. <u>Residence Outside District</u>:  Applicant resides and practices law from an office outside this District, is not a member of the District of Columbia Bar, and does not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 2nd day of February, 2006.

_____
Aziz Huq