## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SANDRA K. OMAR *et. al.*, | ) | |
| Petitioners, | ) | CIVIL ACTION NO. 05-2374 (RMU) |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCIS J. HARVEY *et. al.*, | ) | |
| Respondents. | ) | |

### [PROPOSED] ORDER

Upon consideration of the Motion of Aziz Z. Huq for Admission *Pro Hac Vice* made pursuant to Rule 83.2(d) of the Local Rules of this Court and the supporting declaration, it is hereby

ORDERED that the Motion be and hereby is GRANTED.

Dated: _____

The Honorable Ricardo M. Urbina
United States District Judge