IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA K. OMAR *et. al.*, <br> Petitioners, <br><br> v. <br><br> FRANCIS J. HARVEY *et. al.*, <br> Respondents. | ) <br> ) <br> ) CIVIL ACTION NO. 05-2374 (RMU) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DECLARATION OF JONATHAN HAFETZ

I, Jonathan Hafetz ("Applicant"), hereby declare under penalty of perjury to the following:

1. <u>Request for Admission</u>: Applicant is associate counsel at the Brennan Center for Justice at New York University School of Law and requests permission to participate in this action as counsel for petitioners.

2. <u>Name and Address of Applicant's Law Firm</u>:

    Brennan Center for Justice at
    NYU School of Law
    161 Avenue of the Americas, 12th Fl.
    New York, NY 10013
    (212) 998-6730 (tel.)
    (212) 995-4550 (fax)

3. <u>Bar Admissions</u>: Applicant is a member of the Bar of the State of New York, and is also admitted to practice before the U.S. Supreme Court; U.S. Court of Appeals for the District of Columbia Circuit; U.S. Court of Appeals for the First Circuit; U.S. Court of Appeals for the Second Circuit; U.S. Court of Appeals for the Third Circuit; U.S. District Court for the Southern District of New York; and U.S. District Court for the Eastern District of New York.

4. <u>Certification of Good Standing</u>: Applicant certifies that he has not been disbarred, censured, or disciplined by any court of record or state bar association. There are no pending disciplinary proceedings against Applicant.

5. <u>Previous Appearances in this Court</u>: Applicant has not been admitted *pro hac vice* in this Court within the last two years.

6. <u>Residence Outside District</u>: Applicant resides and practices law from an office outside this District, is not a member of the District of Columbia Bar, and does not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 2nd day of February, 2006.

_____
Jonathan Hafetz