## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SANDRA K. OMAR** *et. al.*, <br>       Petitioners, <br><br> v. <br><br> **FRANCIS J. HARVEY** *et. al.*, <br>       Respondents. | ) <br> ) <br> )   **CIVIL ACTION NO. 05-2374 (RMU)** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### [PROPOSED] ORDER

Upon consideration of the Motion of Jonathan Hafetz for Admission *Pro Hac Vice* made pursuant to Rule 83.2(d) of the Local Rules of this Court and the supporting declaration, it is hereby

ORDERED that the Motion be and hereby is GRANTED.

Dated: _____

                                                                 The Honorable Ricardo M. Urbina <br>
                                                                 United States District Judge