# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **SANDRA K. OMAR** *et. al.*, | ) | |
| **Petitioners,** | ) | **CIVIL ACTION NO. 05-2374 (RMU)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FRANCIS J. HARVEY** *et. al.*, | ) | |
| **Respondents.** | ) | |
| | ) | |
| | ) | |

## MOTION OF JOSEPH MARGULIES FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Joseph Margulies, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* in the above-captioned case.  In support of the motion, Mr. Margulies provides the attached declaration.

Dated: February 8, 2006

                              /s/ Susan L. Burke

                              Susan L. Burke (D.C. Bar # 414939)

                              BURKE PYLE LLC

                              3527 Lancaster Avenue

                              Philadelphia, PA 19104

                              Telephone:    (215) 387-4705

                              Facsimile:    (215) 387-4713

## CERTIFICATE OF SERVICE

I, Heather L. Allred, do hereby certify that on the 8th day of February 2006, I caused a

true and correct copy of the foregoing Motion of Joseph Margulies for Admission *Pro Hac Vice*

to be served via electronic mail and U.S. First Class Mail, postage prepaid, upon the following

individual at the address indicated:

Edward H. White, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6110
Washington, DC 20530

Heather L. Allred