IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANDRA K. OMAR et. al.,
    Petitioners,

v.

FRANCIS J. HARVEY et. al.,
    Respondents.

CIVIL ACTION NO. 05-2374 (RMU)

## DECLARATION OF JOSEPH MARGULIES

I, Joseph Margulies, hereby declare under penalty of perjury the following:

1. **Request for Admission**: I am an attorney with the MacArthur Justice Center at the University of Chicago Law School, and request permission to participate in this action as counsel for petitioners.

2. **Name and Address of Applicant's Law Firm**:

    MacArthur Justice Center
    University of Chicago Law School
    1111 East 60th Street
    Chicago, IL 60637
    773.702.9560
    773.702.0771 (FAX)

3. **Bar Admissions**: I am a member of the Bar of the States of Minnesota and Illinois. I am also admitted to practice before the United States District Courts for the District of Minnesota and the Eastern District of Wisconsin, as well as the United States Courts of Appeal for the Fourth, Fifth, Seventh, Eighth, and D.C. Circuits, and the U.S. Supreme Court.

4. **Certification of Good Standing**: I certify that I have not been disbarred, censured, or disciplined by any court of record or state bar association. There are no pending disciplinary proceedings against me.

5. **Previous Appearances in this Court**: I have not been admitted *pro hac vice* in this Court within the last two years.

6. **Residence Outside District**: I reside and practice law from an office outside this District, am not a member of the District of Columbia Bar, and do not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 8th day of February, 2006.

_____
Joseph Margulies