## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | )  | |
|---|---|---|
| **SANDRA K. OMAR** *et. al.*, | ) | |
| Petitioners, | ) | **CIVIL ACTION NO. 05-2374 (RMU)** |
| | ) | |
| v. | ) | |
| | ) | |
| **FRANCIS J. HARVEY** *et. al.*, | ) | |
| Respondents. | ) | |
| | ) | |
| | ) | |

### [PROPOSED] ORDER

Upon consideration of the Motion of Joseph Margulies for Admission *Pro Hac Vice* made pursuant to Rule 83.2(d) of the Local Rules of this Court and the supporting declaration, it is hereby

ORDERED that the Motion be and hereby is GRANTED.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　The Honorable Ricardo M. Urbina
　　　　　　　　　　　　　　　　　　　　　United States District Judge