From: "Baghdad, USConsul" <USConsulBaghdad@state.gov>
To: <sandrakomar_80@hotmail.com>
Subject: Updated information
Date: Wed, 22 Dec 2004 16:56:47 +0300

Ms. Omar: I have finally tracked down an office that could answer your list of questions:

1. Why is my husband being held? Your husband is being held on terrorism charges.
2. Where is he being held? Operational security prevents the military from providing me with this information.
3. By whom is he being held? He is under U.S. military care, custody and control.
4. Has been seen by any International Organization? He was seen by the International Committee of the Red Cross on their last visit to the detention facility, 7-8 December.
5. Has he had medical treatment? His hypertensive condition is under control with his blood pressure being regulation via medication: 30mg of Procardia daily.
6. How can I get my son's passport? I was told the FBI has possession of the passport, and I will request that it be returned to me to be forwarded to our Embassy in UAE where you can collect it. I'll give you more details on that as soon as the passport is in my possession.

I continue to press to visit your husband, but do not yet have that permission. I received this information about 2 hours ago, so it is the most recent information available.

Marie C. Damour, Consul
AmEmbassy Baghdad