EXHIBIT
2
1:05 – CV – 02374 – RMU

**Heather Allred**

| | |
|---|---|
| From: | Sandra Omar [sandrakomar_80@hotmail.com] |
| Sent: | Tuesday, November 01, 2005 5:06 AM |
| To: | hallred@burkepyle.com |
| Cc: | sburke@burkepyle.com; huqa@juris.law.nyu.edu; bomar@san.rr.com; ah900@hotmail.com |
| Subject: | FW: RE: consular visit |

```
>From: "Hermann, Richard C (Baghdad)" <hermannrc@state.gov>
>To: "Sandra Omar" <sandrakomar_80@hotmail.com>
>Subject: RE: consular visit
>Date: Tue, 1 Nov 2005 12:46:21 +0300
>
>Mrs. Omar:
>
>Your husband remains under control of Coalition Forces (U.S. and MNF).
>The visit was not a consular visit to a detained American covered under
>the Vienna Convention.  Instead, it was viewed by Coalition Forces as a
>"health and welfare" visit to an American citizen.
>
>Sincerely,
>Dick Hermann
>Consul General
```