IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SANDRA K. OMAR, et. al., )
      Petitioners, )
) CIVIL ACTION NO. 05-2374 (RMU)
v. )
)
FRANCIS J. HARVEY, et. al., )
      Respondents. )

**SUPPLEMENTAL BRIEFING IN SUPPORT OF PETITIONERS' MOTION FOR A TEMPORARY RESTRAINING ORDER—SIGNED DECLARATION OF HANIA MUFTI**

Petitioners file the attached Declaration of Hania Mufti, which should be appended to the Petitioners' Supplemental Briefing in Support of Petitioners' Motion for a Temporary Restraining Order, filed on February 6, 2006. Due to Ms. Mufti's location in Jordan, we previously filed an unsigned version of the Declaration.

Dated: February 9, 2006

Respectfully submitted,

/s/ Susan L. Burke
Susan L. Burke (D.C. Bar # 414939)
Heather L. Allred (admitted *pro hac vice*)
BURKE PYLE LLC
3527 Lancaster Avenue
Philadelphia, PA 19104
Telephone:   (215) 387-4705
Facsimile:   (215) 387-4713

Joseph Margulies (admitted *pro hac vice*)
MACARTHUR JUSTICE CENTER, UNIVERSITY OF CHICAGO LAW SCHOOL
1111 East 60th Street
Chicago, IL 60637
Telephone:   (773) 702-9560
Facsimile:   (773) 702-0771

Aziz Z. Huq (admitted *pro hac vice*)
Jonathan Hafetz (admitted *pro hac vice*)
BRENNAN CENTER FOR JUSTICE, NEW YORK
UNIVERSITY LAW SCHOOL
161 Avenue of the Americas
12th Floor
New York, NY 10013
Telephone:   (212) 998-6730
Facsimile:    (212) 995-4550

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I, Heather L. Allred, hereby certify that on February 9, 2006, I caused to be served a true and correct copy of the forgoing *Supplemental Briefing in Support of Petitioners' Motion for a Temporary Restraining Order—Signed Declaration of Hania Mufti*, via U.S. First Class Mail, postage prepaid, upon the following individual at the address indicated:

Edward H. White, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6110
Washington, DC 20530
ned.white@usdoj.gov

_____
Heather L. Allred