IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



EXHIBIT
C
1:05 – CV – 02374 – RMU

| | |
|---|---|
| SANDRA K. OMAR, *et. al.*, <br> Petitioners, <br><br> v. <br><br> FRANCIS J. HARVEY, *et. al.*, <br> Respondents. | CIVIL ACTION NO. 05-2374 (RMU) |

### DECLARATION OF HANIA MUFTI

I declare under penalty of perjury of the laws of the United States that the following is true and correct:

1. My name is Hania Mufti. I am employed by Human Rights Watch as a researcher. I am an expert in human rights in Iraq because I have been following and observing Iraqi governmental conduct for many years.

2. I have first-hand knowledge of the present state of affairs in Iraq. I travel to Iraq on a regular basis to observe whether the Iraqi governmental authorities adhere to the rule of law. The information I gather is provided to my employer, Human Rights Watch, which publicizes the state of affairs in Human Rights Watch statements and publications. The information contained in the Iraq chapter of the Human Rights Watch 2006 World Report remains valid to date.

3. In the course of my research I have learned that certain Iraqi governmental authorities and their agents torture and otherwise mistreat persons in their custody and control.

- 2 -

Date: FEBRUARY 7th, 2006                              _____
                                                      Hania Mufti

*Counsel for petitioners have been in contact with Ms. Mufti via email. Ms. Mufti is in Jordan and therefore unable to physically deliver the signed original to counsel for petitioners in time for the filing deadline. Counsel for petitioners will file the original available as soon as it is received from Ms. Mufti.*

- 2 -