UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| SANDRA K. OMAR *et al.*, | : | | |
| Petitioners, | : | Civil Action No.: | 05-2374 (RMU) |
| v. | : | Document No.: | 10 |
| FRANCIS J. HARVEY *et al.*, | : | | |
| Respondents. | : | | |

**ORDER**

**GRANTING THE MOTION FOR A PRELIMINARY INJUNCTION**

For the reasons stated in the accompanying Memorandum Opinion, it is this 13th day of February, 2006,

**ORDERED** that the motion for a preliminary injunction is **GRANTED**, and it is

**FURTHER ORDERED** that the respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having actual or implicit knowledge of this Order by personal service or otherwise, shall not remove the petitioner from United States or MNF-I custody, or take any other action inconsistent with this court's memorandum opinion.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge
