# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SANDRA K. OMAR,** *et. al.*, <br>    Petitioners, <br> <br> v. <br> <br> **FRANCIS J. HARVEY,** *et. al.*, <br>    Respondents. | ) <br> ) <br> )   **CIVIL ACTION NO. 05-2374 (RMU)** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## *[PROPOSED] ORDER*

It is, this __ day of February, 2006,

**ORDERED** that Respondents shall forthwith, but in no more than seven (7) calendar days, grant Shawqi Omar access to counsel.

**FURTHER ORDERED** that the parties shall confer to propose an appropriate discovery order concerning the lawfulness of Mr. Omar's detention. The parties shall submit to the Court a proposed discovery order on or before February 27, 2006.

Date: _____           _____
                                 Ricardo M. Urbina
                                 United States District Judge