IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA K. OMAR, *et. al.*, | ) )  )  CIVIL ACTION NO. 05-2374 |
| Petitioners, | ) (RMU) |
| v. | ) |
| FRANCIS J. HARVEY, *et. al.*, | ) |
| Respondents. | ) |

**[PROPOSED] ORDER**

It is, this _____ day of March, 2006,

**ORDERED** that Respondents shall forthwith, but in no more than seven (7) calendar days, grant Shawqi Omar in-person access to counsel.

Date: _____        _____
                                    Ricardo M. Urbina
                                    United States District Judge