IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | )  | |
|---|---|---|
| **SANDRA K. OMAR**, *et al.*, | ) | |
| | ) | CIVIL ACTION NO. 05-2374 (RMU) |
| Petitioners, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **FRANCIS J. HARVEY**, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

### PETITIONERS' REQUEST FOR RULING ON
### CONCEDED MOTION FOR ACCESS TO COUNSEL

Petitioners hereby request that the Court treat Petitioners' Motion for Access to Counsel as conceded pursuant to Local Rule 7(b) and rule on the motion as such.

On March 9, 2006, Petitioners filed a motion requesting access to counsel, arguing that Mr. Omar urgently needs in-person access to counsel so that he may meaningfully challenge his detention in this habeas action. *See* Petitioners' Reply to Opposition and Motion for Access to Counsel (dkt. no. 25) (Mar. 9, 2006) at 2-4.

Local Rule 7(b) provides, in relevant part, "[w]ithin 11 days of the date of service . . . , an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded." *See also Halmon v. Jones Lang Wootton USA*, 355 F. Supp. 2d 239, 244 (D.D.C. 2005) (Urbina, J.) (treating failure to file supplemental memorandum in support of summary judgment motion as directed as concession to nonmoving party's argument); *Brown v. District of Columbia*, 199 F.R.D. 9 (D.D.C. 2001) (Urbina, J.) (treating motion to amend as conceded pursuant to local rule). Petitioners' Motion for Access to Counsel was filed March 9,

2006. Accordingly, any opposing memorandum was due on March 20, 2006. That deadline has passed without a response from the government.

Because Respondents have failed to oppose Petitioners' motion, and have no legal basis for doing so, Petitioners respectfully request that this Court issue an order granting Mr. Omar in-person access to counsel.[1]

Dated: March 29, 2006                    Respectfully submitted,

                                                 /s/ Susan L. Burke
Susan L. Burke (D.C. Bar # 414939)
Heather L. Allred (admitted *pro hac vice*)
BURKE PYLE LLC
3527 Lancaster Avenue
Philadelphia, PA 19104
Telephone:   (215) 387-4705
Facsimile:    (215) 387-4713

Joseph Margulies (admitted *pro hac vice*)
MACARTHUR JUSTICE CENTER,
UNIVERSITY OF CHICAGO LAW SCHOOL
1111 East 60th Street
Chicago, IL  60637
Telephone:   (773) 702-9560
Facsimile:    (773) 702-0771

Aziz Z. Huq (admitted *pro hac vice*)
Jonathan Hafetz (admitted *pro hac vice*)
BRENNAN CENTER FOR JUSTICE, NEW YORK UNIVERSITY LAW SCHOOL
161 Avenue of the Americas, 12th Floor
New York, NY  10013
Telephone:   (212) 998-6730
Facsimile:    (212) 995-4550

*Counsel for Petitioners*

---

[1] On March 20, 2006, one of Petitioners' attorneys received an unexpected telephone call from Mr. Omar. The call was limited in duration to approximately seven minutes, and was monitored by prison personnel. During this call, Mr. Omar complained he had been tortured during his incarceration. Counsel did not explore this matter further since the call was not confidential. Undersigned counsel do not understand the Government to suggest that this brief, monitored phone call satisfies Mr. Omar's right to counsel.

## CERTIFICATE OF SERVICE

I, Heather L. Allred, hereby certify that on March 29, 2006, I caused to be served a true and correct copy of the foregoing Request for Ruling on Conceded Motion for Access to Counsel via electronic mail and U.S. First Class Mail, postage prepaid, upon the following individual at the address indicated:

> Edward H. White, Esq.
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue, N.W., Room 6110
> Washington, D.C. 20530
>
> ned.white@usdoj.gov

_____
Heather L. Allred