IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA K. OMAR, *et al.*, ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> FRANCIS J. HARVEY, *et al.*, ) <br> ) <br> Respondents. ) | Civil Action No. 05-2374 (RMU) |

## NOTICE OF APPEAL

NOTICE is hereby given that respondents Francis J. Harvey, Secretary of the United States Army, Major General William H. Brandenburg, Deputy Commanding General of Detainee Operations and Commanding General of Task Force 134, Multinational Force–Iraq, and Lieutenant Colonel Timothy Houser (i.e., all respondents herein) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's Order dated February 13, 2006 (dkt. no. 21) granting petitioners' motion for a preliminary injunction and ordering that the respondents shall not remove petitioner Shawqi Omar from United States or MNF-I custody, or take any other action inconsistent with the Court's memorandum opinion.

Dated: April 14, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

_____
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
EDWARD H. WHITE (D.C. Bar No. 468531)

ANDREW I. WARDEN (IN Bar No. 23840-49)
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.  Room 6110
Washington, D.C. 20530
Tel: (202) 514-5108
Fax: (202) 318-4268
email: ned.white@usdoj.gov

Attorneys for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2006, I caused the foregoing Notice of Appeal to be served on the counsel listed below by electronic mail and first-class United States mail:

>   Susan L. Burke, Esq.
>   BURKE PYLE LLC
>   3527 Lancaster Avenue
>   Philadelphia, PA 19104
>   sburke@burkepyle.com

_____