IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANDRA K. OMAR**, *et. al.*, <br>       Petitioners, <br><br> v. <br><br> **FRANCIS J. HARVEY**, *et. al.*, <br>       Respondents. | ) <br> ) <br> )    **CIVIL ACTION NO. 05-2374 (RMU)** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER**

It is, this __ day of April, 2006,

**ORDERED** that Respondents shall forthwith, but in no more than seven (7) calendar days, grant Shawqi Omar access to counsel.

**FURTHER ORDERED** that Respondents shall produce to Petitioners' counsel all medical records of Shawqi Omar, detainee number 200165, kept since Mr. Omar's arrest in October 2004. Provision of medical records shall continue on at least a monthly basis until further order of the Court.

**FURTHER ORDERED** that Respondents shall produce to Petitioners' counsel all photographs taken of Mr. Omar since his arrest in October 2004.

Date: _____              _____
                                                             Ricardo M. Urbina
                                                             United States District Judge