0065-04-CID789
0180-04-CID259-80227

b7e-4, 66-4

TRANSLATION OF STATEMENT PROVIDED BY DETAINEE ███████████
NDRS # ███████ 19 Jun 04/1040

On Nov.11, 2004, I was captured while I was doing my daily work in my private office, which is specialized in agriculture services, and that was at 11:00 AM, and at that time I was selling agriculture pump to another person, while almost four Bajero cars stopped, and American civilian persons mounted from the cars. They were armed white persons and some of them had a goatee. One of them ordered me to lay on the ground and he put a plastic piece in my mouth and hooded me and tied my hands to my back, and took me to the car, and when the car started moving, and after a little period of time, one of them tried to break my right thumb, and when he heard the sound of my finger twisting, he started laughing loudly. One of them asked me, "Are you ███████ I said, "Yes." After a little time I heard a call in the radio telling them that there a suspicious orange and white taxi, and they might be attacked, and after a little time they had another call which told them that the danger was vanished, then one of them hit me six times on my neck back with the lower part of his weapon, and the other person who was sitting with me in the rear of the car and keeping my head down, kicked me on my back with his neck. When we arrived at the detaining camp, they stripped me and put water on my body, and that continued for seven days night and day. One of the persons, I think he was Iraqi, hit me several time on my head with his hand, and they turned on a very loud recorder near my head, and that continued for all the detaining period. That way continued for continuous seven days, where I had no sleep except for two limited periods, and that was done by the recorder and cold water, and there was no place assigned for sleep as well, and the weather was too cold, and I was completely naked, as well as I got only eight pieces of biscuits along with the first seven days, which resulted in quick prostration of my body. There was an Iraqi translator, who was the only person who practiced hitting me using his hands, and once he used his legs, but the Americans were practicing other ways of torturing, as two persons were pressing my joints in a way resulted in paralyzing its functions, which caused severe pains and incredible exhaustion starting with my feet up to my neck. When my health situation collapsed, specially my feet which were swelling too much, and I found difficulty in walking and keeping my balance, and that because once one of them was pulling my hood back and pushing my back with his foot and my feet were dragging back, he pulled the hood which resulted in that American's fall back, while my head was hit to the cemented wall, and the blood started bleeding from my nose and mouth, and since that accident I couldn't keep my balance while I am standing. After that I was transferred to the camp of detainees in Al Mosel air port, as a result of my health collapse, and when I entered the camp, they transferred me immediately to the hospital where I was medically treated for almost five to six days, and then I was returned back to the camp of detainees, and after two days I was taken by the same persons for six hours and I had the same ways of previous torturing, as well as pouring hot liquid on my back, and sitting me close to fire, which resulted in burning a part of my right leg, and they put a very hot lamp on my thigh for a very short time. At the end they threatened me that they would bring my wife and my mother and that they would rape them if I did not confess. When I asked them to bring a paper and write whatever they want, I would sign it without any objection. At the end they apologized and said that there is no personal thing and we only doing our job, and they returned me back to the camp of detainees for

11

For Official Use Only - Law Enforcement Use Only   Exhibit ____

DOD-DOACID001257