**EXHIBIT B**

Contact Us   About Us   Home

Please send questions and comments to: mnfi.webmaster@iraq.centcom.mil

[Search]   Last Page Update: Saturday, April 8, 2006 2:44 PM

# Detainee visitation rules and guidelines

**Home**
- The New Iraq
- Inside the Force
- Fight for Freedom
- Press Desk
- For the Troops
- Military Newspaper

Visitation at Abu Ghraib and Camp Bucca is highly encouraged for those with family members currently detained at these facilities.

While detainees are not eligible for visitation during their first 60 days of internment, once they complete their first 60 days, they are authorized four visitations per month, or one per week.

Those wishing to visit detainees at these facilities must abide by the following rules and guidelines:

- Only immediate family members or the detainee's lawyer are authorized to visit
- Family members and lawyers are not authorized to visit at the same time
- Visitations must be scheduled in advance and will not be granted the same day they are scheduled
- The maximum number of visitors permitted for one detainee is six; no more than three adults at a time
- Each visitation will last one hour
- Visitors are only allowed to bring items listed on the visitation rules form
- No cameras or recording devices are allowed
- Letters and bags brought for detainees will be collected at the search point and turned over to be screened
- Any contraband removed from visitors will be placed in bags and returned following their visitation

To improve the safety and security at the internment facilities, officials now require all visiting family and lawyers to be photographed prior to visiting a detainee. Photographs will be taken along with iris scans and fingerprints. All visitors will be searched by guards of the same sex as the visitor.

Visitations are conducted Monday through Saturday. Visitors residing in the Abu Ghraib geographical area may sign up for visits to Camp Bucca at Abu Ghraib. Abu Ghraib schedules Camp Bucca appointments on Fridays and Saturdays only. These appointments must be scheduled at least two

weeks in advance. Appointments for Abu Ghraib are typically scheduled for three to four days after signing up.

HOME

Copyright 2006 Official Website of the Multi-National Force-Iraq. All rights reserved.