IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SANDRA K. OMAR, *et. al.*, | ) <br> ) <br> ) CIVIL ACTION NO. 05-2374 |
| Petitioners, | ) (RMU) <br> ) |
| v. | ) <br> ) |
| FRANCIS J. HARVEY, *et. al.*, | ) <br> ) |
| Respondents. | ) <br> ) |

**PRAECIPE FOR CHANGE OF COUNSEL ADDRESS**

Plaintiffs hereby note a change in address and telephone number for petitioner's counsel Susan L. Burke.  Effectively immediately, the address and telephone numbers are as follows:

> Susan L. Burke
> BURKE PYLE LLC
> 4112 Station Street
> Philadelphia, PA 19127
> Telephone:   (215) 487-6590
> Facsimile:    (215) 482-0874

Respectfully submitted,

Dated: June 9, 2006         /s/ Susan L. Burke
Susan L. Burke (D.C. Bar # 414939)
BURKE PYLE LLC
4112 Station Street
Philadelphia, PA 19127
Telephone:   (215) 487-6590
Facsimile:    (215) 482-0874

Joseph Margulies (admitted *pro hac vice*)
MACARTHUR JUSTICE CENTER,
UNIVERSITY OF CHICAGO LAW SCHOOL
1111 East 60th Street
Chicago, IL  60637
Telephone:     (773) 702-9560
Facsimile:      (773) 702-0771

Aziz Z. Huq (admitted *pro hac vice*)
Jonathan Hafetz (admitted *pro hac vice*)
BRENNAN CENTER FOR JUSTICE
NEW YORK UNIVERSITY LAW SCHOOL
161 Avenue of the Americas
12th Floor
New York, NY  10013
Telephone:     (212) 998-6730
Facsimile:      (212) 995-4550

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I, Jonathan H. Pyle, do hereby certify that on the 9th day of June 2006, I caused true and correct copies of the foregoing Praecipe For Change of Counsel Address to be served via electronic mail, upon the following

Edward H. White, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6110
Washington, D.C. 20530
ned.white@usdoj.gov

_____
Jonathan H. Pyle