**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SANDRA K. OMAR, et. al., | ) |
| Petitioners, | ) |
| | ) |
| v. | ) |
| | ) |
| PETE GEREN, et. al., | ) |
| Respondents. | ) |
| | ) |
| | ) |

CIVIL ACTION NO. 05-2374
(RMU)

**RENEWED MOTION FOR ORDER TO SHOW
CAUSE, ACCESS, AND DISCOVERY**

On June 15, 2007, the Court of Appeals issued its mandate in *Omar v. Harvey*,

416 F. Supp. 2d 19 (D.D.C. 2006) (No. 1:05-cv-02374-RMU), *aff'd* 479 F.3d 1 (D.C. Cir.

Feb. 9, 2007), *reh'g en banc denied sub nom. Omar v. Geren*, No. 06-5126 (May 24,

2007). The Court of Appeals held that this Court "has jurisdiction to entertain Omar's

habeas petition." *Id.* at 9. Now that the mandate has issued, Petitioners respectfully

move that the Court order the government to file a return to Shawqi Omar's habeas

petition, and rule on Mr. Omar's pending motions for counsel access and discovery.

*First*, this Court should direct Respondents to file a return to Mr. Omar's habeas

petition. This Court has already issued an order to show cause on January 20, 2006. *See*

*Omar v. Harvey*, Order Granting Motion for Order to Show Cause, (dkt. 4) (Jan. 20,

2006). On January 25, 2006, this Court granted Respondents an extension until February

9, 2006. *See id.*, Order Granting Motion for Extension of Time, (dkt. 5) (Jan. 25, 2006).

In their response filed on February 9, 2006, Respondents moved to dismiss the petition

for want of jurisdiction. *See id.*, Respondents' Response to Order to Show Cause

Supporting Dismissal of the Pet'n for Habeas Corpus, (dkt. 20) (Feb. 9, 2006). The Court

denied this motion. *See Omar v. Harvey*, 416 F. Supp. 2d 19 (D.D.C. 2006) (No. 1:05-

cv-02374-RMU). The Court of Appeals affirmed. *See* 479 F.3d at 9. This Court now

unequivocally has jurisdiction and should direct Respondents to file a return as the

habeas statute requires within seven days. *See* 28 U.S.C. § 2243 (once a writ or an order

to show cause has been issued, it "shall be returned within three days unless for good

cause additional time, not exceeding twenty days, is allowed"); *cf. Browder v. Dir.*, 434

U.S. 257, 269 n.14 (1978) (noting that in habeas proceedings under 28 U.S.C. § 2254, a

motion to dismiss "is not like" a return to the writ).

*Second*, this Court should rule on Mr. Omar's pending motions, filed on February

16 and April 21, 2006, for immediate in-person access for counsel and the release of

medical records pertaining to Mr. Omar's treatment during his U.S. custody. *See*

Emergency Renewed Request for Access and Motion for Records, (dkt. 29) (Apr. 21,

2006) (requesting "immediate in-person access" to Mr. Omar for counsel, and also the

immediate release to counsel of "Mr. Omar's medical records and the photographs taken

of him after the beatings and electric shocks"); Mem. & Proposed Order Concerning

Conference and Discovery Order, (dkt. 23) (Feb. 16, 2006) (requesting access and the

release of records).

Mr. Omar has been detained by the United States for more than two-and-one-half

years. *See* Pet'n for Cert. ¶ 3, (dkt. 1) (Dec. 12, 2005) (Mr. Omar was first detained by

U.S. forces in October 2004). He has not had any unmonitored access to counsel in that

time. In response to petitioners' motion for counsel access, Respondents have proposed

unreasonable impediments on counsel's access that for all practical purposes render such

access unavailable.  *See* Resp'ts' Opp. To Pet'rs' Emergency Renewed Request for

Access and Motion for Records, at 2 & Ex. B., (dkt. 30) (May 5, 2006).    Meaningful

access of counsel is a prerequisite to this Court's exercise of its habeas jurisdiction.  *See*

*Hamdi v. Rumsfeld*, 542 U.S. 507, 539 (2004) (plurality op.) (noting that Hamdi

"unquestionably has the right to access to counsel in connection with the proceedings on

remand"); *id.* at 553-54 (Souter, J., concurring) (same); *Al Odah v. United States*, 346 F.

Supp. 2d 1, 5-6 (D.D.C. 2004) (granting non-citizens detained in Guantánamo access to

counsel in connection with habeas proceedings).

Further, the medical records sought would document Mr. Omar's torture during

his detention.  Respondents have countered not by denying that these records exist—and

indeed stated more than a year ago that they were processing a request for the records in

accord with the Privacy Act.  *See* Resp'ts' Opp. To Pet'rs' Emergency Renewed Request

for Access and Motion for Records, at 6, (dkt. 30) (May 5, 2006).  There is no further

cause for delay of disclosure of information about how Mr. Omar was questioned during

his detention, questioning that may bear directly on the lawfulness of his detention.

Respectfully submitted,

Susan L. Burke (D.C. Bar. No. 414939)
Katherine Hawkins
BURKE O'NEIL LLC
4112 Station Street
LAW SCHOOL
Philadelphia, PA 19127
Telephone:    (215) 487-6590
Facsimile:    (215) 482-0874

Jonathan Hafetz
Aziz Huq
BRENNAN CENTER FOR JUSTICE
NEW YORK UNIVERSITY LAW SCHOOL
161 Avenue of the Americas
New York, NY 10013
Telephone:     (212) 998-6730
Facsimile:      (212) 995-4550

Joseph Margulies
MACARTHUR JUSTICE CENTER
NORTHWESTERN UNIVERSITY LAW SCHOOL
357 East Chicago Avenue
Chicago, IL 60611
Telephone:     (312) 503-0890
Facsimile:      (312) 503-1272

Eric M. Freedman
HOFSTRA LAW SCHOOL
121 Hofstra University
Hempstead, N.Y. 11549
Telephone:     (516) 463-5167
Facsimile:      (516) 463-5129
*Counsel for Petitioner*

Dated:  June 21, 2007

**CERTIFICATE OF SERVICE**

I, Katherine Hawkins, do hereby certify that on the 21st of June, 2007, I caused true and correct copies of the foregoing document to be served via electronic mail and first class mail, upon the following individuals at the addresses indicated:


Edward H. White, Esq.
U.S. Department of Justice
20 Massachusetts Avenue, NW
Room 6110
Washington, DC  20530
(202) 514 5108

Jonathan H. Levy, Esq.
Civil Division, Appellate Staff
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Rm 7231
Washington, DC  20530-0001

Lewis S. Yelin, Esq.
Civil Division, Appellate Staff
U.S. Department of Justice
950 Pennsylvania Ave., N.W., Rm. 7318
Washington, D.C. 20530
(202) 514-3425


Katherine Hawkins