IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA K. OMAR, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-2374 (RMU) |
| ) | |
| PETER GEREN, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL FOR RESPONDENTS**

PLEASE TAKE NOTICE that Michael P. Abate, Trial Attorney, an attorney in good standing in the Illinois Bar and an attorney with the U.S. Department of Justice, Civil Division, Federal Programs Branch, now appears in place of Edward H. White, Trial Attorney, U.S. Department of Justice, on behalf of the Respondents in this action.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General

JEFFERY A. TAYLOR
United States Attorney

JOSEPH H. HUNT (D.C. Bar No. 431134)
Branch Director

VINCENT M. GARVEY (D.C. Bar No. 127191)
Deputy Branch Director

/s/ Michael P. Abate
MICHAEL P. ABATE (IL. Bar No. 6285597)
Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.  Room 7302
Washington, D.C. 20530

Tel: (202) 616-8209  
Fax: (202) 616-8470  
email: Michael.Abate@usdoj.gov

*Attorneys for Respondents*

Dated: <u>August 1, 2007</u>