# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SANDRA K. OMAR, et. al., | ) | |
| Petitioners, | ) | CIVIL ACTION NO. 05-2374 |
|  | ) | (RMU) |
| v. | ) | |
|  | ) | |
| PETE GEREN, et. al., | ) | |
| Respondents. | ) | |
|  | ) | |

## ERRATA REGARDING PETITIONERS' REPLY TO RESPONDENTS' OPPOSITION TO THE MOTION FOR DISCHARGE

Petitioners' filed their Reply to Respondents' Opposition to their Motion for Discharge with an incorrect Certificate of Service. The corrected Certificate of Service is appended to this document.

Respectfully submitted,

/s/ Susan L. Burke
Susan L. Burke (D.C. Bar. No. 414939)
Katherine Hawkins
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
Telephone:   (215) 487-6590
Facsimile:   (215) 482-0874

Jonathan Hafetz
Aziz Huq
BRENNAN CENTER FOR JUSTICE
NEW YORK UNIVERSITY SCHOOL OF LAW
161 Avenue of the Americas
New York, NY 10013
Telephone:   (212) 998-6730

Facsimile:   (212) 995-4550

Joseph Margulies
MACARTHUR JUSTICE CENTER
NORTHWESTERN UNIVERSITY LAW
SCHOOL
357 East Chicago Avenue
Chicago, IL 60611
Telephone:   (312) 503-0890
Facsimile:   (312) 503-1272

Eric M. Freedman
HOFSTRA LAW SCHOOL
121 Hofstra University
Hempstead, NY 11549
Telephone:   (516) 463-5167
Facsimile:   (516) 463-5129
*Counsel for Petitioner*

Dated:  August 8, 2007

## CERTIFICATE OF SERVICE

      I, Katherine Hawkins, do hereby certify that on the 8th of August, I caused true and correct copies of the foregoing document to be served via electronic mail and first class mail, upon opposing counsel at the address indicated:

Michael P. Abate
Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 7302
Washington, D.C. 20530
Tel: (202) 616-8209
Fax: (202) 616-8470
email: Michael.Abate@usdoj.gov

_____
Katherine Hawkins