IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SANDRA K. OMAR, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-2374 (RMU) |
| PETER GEREN, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

**NOTICE OF EXTENSION OF TIME TO (1) RESPOND TO THE PETITION FOR A WRIT OF CERTIORARI FILED IN *MUNAF v. GEREN* AND (2) SEEK A WRIT OF CERTIORARI IN THE INSTANT LITIGATION**

In a recent filing, Respondents indicated that they would "advise the Court should a time extension for seeking a writ of certiorari [in this case] (or for opposing the petition filed in *Munaf [v. Geren]*) be sought and obtained." Respondents' Opposition to Petitioner's Motion For Immediate Discharge at 9 n.7. Consistent with that representation, this Notice informs the Court that the Solicitor General has sought and obtained extensions (1) to respond to the petition for a writ of certiorari filed in *Munaf v. Geren,* and (2) to decide whether to seek a writ of certiorari in this litigation. The Government's response to the petition already filed in *Munaf v. Geren* is now due on or before September 14, 2007. Absent further extension, the Solicitor General has until September 21, 2007 to seek a writ of certiorari in this litigation.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General

        JEFFERY A. TAYLOR
        United States Attorney

        JOSEPH H. HUNT (D.C. Bar No. 431134)
        Branch Director

        VINCENT M. GARVEY (D.C. Bar No. 127191)
        Deputy Branch Director

        <u>/s/ Michael P. Abate</u>
        MICHAEL P. ABATE (IL. Bar No. 6285597)
        Attorney, U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W.  Room 7302
        Washington, D.C. 20530
        Tel: (202) 616-8209
        Fax: (202) 616-8470
        email: Michael.Abate@usdoj.gov

        *Attorneys for Respondents*

Dated: <u>August 17, 2007</u>

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August 2007, I caused the foregoing Notice of Extension of Time to (1) Respond to the Petition for a Writ of Certiorari Filed in *Munaf v. Geren* and (2) Seek a Writ of Certiorari in the Instant Litigation to be served on petitioner's counsel of record electronically by means of the Court's ECF system.

/s/ Michael P. Abate