IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA K. OMAR, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-2374 (RMU) |
| ) | |
| PETE GEREN, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF FILING OF PETITION FOR A WRIT OF CERTIORARI**

In a recent filing, Respondents indicated that "[t]he Government will apprise this Court as soon as the Solicitor General makes a decision on whether to seek a writ of certiorari" in this case. Respondents' Opposition to Petitioner's Motion For Immediate Discharge at 9 n.7. Consistent with that representation, this Notice informs the Court that the Solicitor General has authorized the filing of a writ of certiorari to review the D.C. Circuit's decision in this case. That petition was filed in the Supreme Court today, September 21, 2007. Moreover, the Solicitor General asked the Supreme Court to hold the petition filed in *Munaf v. Geren* pending its review of this case. As an alternative, in the event that the Supreme Court decides to grant the petition filed in *Munaf*, the Solicitor General requested that the court consolidate the cases. Copies of both briefs are attached.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General

JEFFERY A. TAYLOR
United States Attorney

        JOSEPH H. HUNT (D.C. Bar No. 431134)
        Branch Director

        VINCENT M. GARVEY (D.C. Bar No. 127191)
        Deputy Branch Director

        <u>/s/ Michael P. Abate</u>
        MICHAEL P. ABATE (IL. Bar No. 6285597)
        Attorney, U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W.  Room 7302
        Washington, D.C. 20530
        Tel: (202) 616-8209
        Fax: (202) 616-8470
        email: Michael.Abate@usdoj.gov

        *Attorneys for Respondents*

Dated: <u>September 21, 2007</u>

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 21st day of September 2007, I caused the foregoing Notice of Filing of Petition for a Writ of Certiorari to be served on petitioner's counsel of record electronically by means of the Court's ECF system.

                                                                               /s/ Michael P. Abate