# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SONDRA K. OMAR *et al.*,                  :
                                          :
      Petitioners,            :    Civil Action No.:      05-2374 (RMU)
                                          :
      v.                       :    Document No.:      29
                                          :
FRANCIS J. HARVEY *et al.*,               :
                                          :
      Respondents.             :

## ORDER

### DENYING WITHOUT PREJUDICE THE PETITIONER'S EMERGENCY MOTION FOR ACCESS; GRANTING THE PETITIONER'S EMERGENCY MOTION FOR MEDICAL RECORDS AND PHOTOGRAPHS

For the reasons stated in the accompanying Memorandum Opinion, it is this 28th day of September, 2007,

**ORDERED** that the petitioner's emergency motion to transfer is DENIED, and it is

**FURTHER ORDERED** that the petitioner's emergency motion for medical records and photographs is **GRANTED**; and it is

**ORDERED** that the government produce to the petitioner any and all medical records and photographs made regarding his condition during his period of detention in Iraq; and it is

**FURTHER ORDERED** that the government show cause on or before October 8, 2007, why it should not provide safe passage, safe and secure housing and appropriate security for petitioner's counsel while in Iraq for the purpose of consulting with her client; petitioner's reply is due on or before October 15, 2007.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge