IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA K. OMAR, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-2374 (RMU) |
| ) | |
| PETE GEREN, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**[PROPOSED] ORDER**

Respondents' Motion for a Stay of Further Proceedings is hereby GRANTED. All further proceedings in this action shall be stayed until further order from this Court.

It is SO ORDERED this ____ day of December, 2007.

_____
HON. RICARDO M. URBINA
United States District Judge