IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SANDRA K. OMAR, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-2374 (RMU) |
| FRANCIS J. HARVEY, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

## DECLARATION OF JOSEPH MARGULIES

I, Joseph Margulies, declare under penalty of perjury that the following is true and correct:

1. I am an attorney with the MacArthur Justice Center at Northwestern University School of Law, and I am one of the attorneys representing Shawqi Omar in this matter.

2. On January 13 through 16, 2008, I met with Shawqi Omar at Camp Cropper in Baghdad, Iraq.

3. While meeting with Mr. Omar, I showed him the photographs produced by the government. Mr. Omar reviewed the photographs and reported that additional photographs had been taken at the same time. He specifically recalled injuries to and photographs of his genitalia.

4. Pursuant to Local Rule 7(m), Aziz Huq, co-counsel for Mr. Omar, contacted the government to determine its position regarding a preservation order. The government indicated its intent to oppose the motion.

Dated: February 14, 2008      *s/ Joseph Margulies*
Joseph Margulies (D.C. Cir. Bar No. 48487)
MACARTHUR JUSTICE CENTER
NORTHWESTERN UNIVERSITY SCHOOL OF LAW
357 East Chicago Avenue
Chicago, IL  60611
Phone: (312) 503-0890
Facsimile: (312) 503-1271

MP-Primary 80000725.1