IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA K. OMAR, *et al.*, | ) ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 05-2374 (RMU) ) |
| PETE GEREN, *et al.*, | ) ) |
| Respondents. | ) ) ) |

**[PROPOSED] ORDER**

Petitioners' Motion for a Preservation Order is hereby DENIED.

It is SO ORDERED this \_\_\_\_ day of _____, 2008.

_____
HON. RICARDO M. URBINA
United States District Judge