# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SANDRA K. OMAR, et al., | ) | |
| Petitioners, | ) | CIVIL ACTION NO. 05-2374 |
| | ) | (RMU) |
| v. | ) | |
| | ) | |
| PETE GEREN, et al., | ) | |
| Respondents. | ) | |
| | ) | |

## RESPONSE TO RESPONDENTS' RECOMMENDATION FOR FUTURE PROCEEDINGS

In response to the Government's filing of July 14, 2008, and also in relation to this Court's order of January 14, 2008, Petitioners hereby respectfully submit notice of their intent to file an amended petition for writ of habeas corpus upon the completion of the Supreme Court's ongoing proceedings. The amended petition will include, *inter alia*, claims under the Foreign Affairs Reform and Restructuring Act § 2242, Pub. L. No. 105-277, div. G, 112 Stat. 2681-822, and the Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, 1465 U.N.T.S. 85, Art. 3, S. Treaty Doc. No. 20, 100th Cong., 2d Sess., p. 6 (1988). As Respondents point out, a petition for rehearing filed in the Supreme Court stays the issuance of the Court's opinion and judgment. Sup. Ct. R. 45.2. Thus, "the Supreme Court's resolution of the issues on appeal" is still pending. Order dated Jan. 14, 2008. Moreover, in the absence of an answer to the original petition for habeas corpus, such amendment is clearly proper. Should this Court require leave, Petitioners will argue that such leave should be granted.

Dated:  July 14, 2008

Respectfully submitted,

/s/ Sidney S. Rosdeitcher
SIDNEY S. ROSDEITCHER
   (D.C. Bar # 094532)
   Counsel of Record
PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON
   LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:     (212) 373-3000
Facsimile:     (212) 492-0238

Joseph Margulies
MACARTHUR JUSTICE CENTER
   NORTHWESTERN
   UNIVERSITY
   SCHOOL OF LAW
357 East Chicago Avenue
Chicago, IL  60611
Telephone:     (312) 503-0890
Facsimile:     (312) 503-1272

Aziz Z. Huq
Jonathan Hafetz
BRENNAN CENTER FOR
   JUSTICE AT NEW YORK
   UNIVERSITY SCHOOL OF
   LAW
161 Avenue of the Americas,
12th Floor
New York, NY  10013
Telephone:     (212) 998-6730
Facsimile:     (212) 995-4550

Susan L. Burke
Katherine Hawkins
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
Telephone:     (215) 487-6590
Facsimile:     (215) 482-0874

Eric M. Freedman

250 West 94th Street
New York, NY  10025
Telephone:   (212) 665-2713
Facsimile:    (212) 665-2714

Vincent Moccio
Amy Magid
ROBINS, KAPLAN, MILLER &
  CIRESI LLP
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone:    (612) 349-8500

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of July 2008, I caused the forgoing Response to Respondents' Recommendation for Future Proceedings to be served on Respondents' counsel of record electronically by means of the Court's CM/EFC system.

                                                  /s/ Sidney S. Rosdeitcher
                                                  Sidney S. Rosdeitcher