# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-5126**     **September Term 2007**

05cv02374

**Filed On:** August 22, 2008

Sandra K. Omar and Ahmed S. Omar, As next friend of Shawqi Ahmad Omar,

    Appellees

v.

Francis J. Harvey, Secretary of the United States Army, et al.,

    Appellants

### ORDER

It is **ORDERED**, on the court's own motion, that the mandate issued on June 15, 2007, be recalled.  The Clerk of the United States District Court for the District of Columbia is requested to return the mandate forthwith.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:  /s/
      Nancy G. Dunn
      Deputy Clerk