# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-5126**         **September Term 2008**

05cv02374

**Filed On:** September 2, 2008

Sandra K. Omar and Ahmed S. Omar, As next friend of Shawqi Ahmad Omar,

    Appellees

v.

Pete Geren, Secretary of the United States Army, et al.,

    Appellants



**BEFORE:** Tatel and Brown, Circuit Judges, and Edwards, Senior Circuit Judge

### JUDGMENT

It is **ORDERED** on the court's own motion that in light of the Supreme Court's decision in Munaf v. Geren, 128 S. Ct. 2207 (2008), vacating this court's judgment filed February 9, 2007, this case be remanded to the district court for further proceedings consistent with the Supreme Court's opinion. The Clerk is directed to issue the mandate forthwith.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk